UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 1 2008

**Clerk, U.S. District and
Bankruptcy Courts**

COLIE LEVAR LONG-EL©
1901 D Street, S.E.
Washington, D.C. 20003
DCDC # 269-265

     Petitioner,

  vs.

:
:
:
:
:
:
:
:
:
:

Civil Action
No.

MAYOR ADRIAN FENTY
Executive Office of the Mayor
1350 Pennsylvania Avenue, N.W.
Suite 316
Washington, D.C. 20004

ATTORNEY GENERAL PETER J. NICHOLS
Office of the Attorney General
One Judiciary Square
441 4th Street, N.W.
Suite 1060N
Washington, D.C. 20001

Case: 1:08-cv-01334
Assigned To : Bates, John D.
Assign. Date : 8/1/2008
Description: Pro Se General Civil

JUDGE KAYE K. CHRISTIAN
Superior Court of the
District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001

WARDEN SIMON T. WAINWRIGHT
District of Columbia
Central Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003

    Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

**COMPLAINT**
**In The Nature Of Mandamus/Prohibition**

**(pursuant to F.R.Civ. Pro. Title 11 Rule 81(b))**

  Now comes the Petitioner/Third Party Intervenor

Colie Levar Long-El©, in Propria Persona, sui juris,

and Secured Party Creditor of said Debtor (COLIE L.

LONG—ens legis), on behalf of the defendant, COLIE L. LONG—ens legis, who pro se motion this Honorable Court under Title 28 U.S.C.A. Sec. 1361 to have this court respectively grant a hearing on the merits of this petition as the rights of a Moorish—American National, as well as the honor of the U.S. Constitution has been violated, and the rights of a certain class of people are being affected thereby which directly affects the Sovereign/Civil Rights of this movant.  As the respondent(s) now hold the Proper Person as well as the corporate fiction COLIE L. LONG—ens legis in its custody, as all court documents shall reveal, this complaint comes in good faith and in the Interest of Justice.

## Supporting Factors

On January 26, 2007, the undersigned movant filed to the clerk of the Superior Court (via third party), a **Notice of Acceptance, Standing and Status; Request of Remedy**, whereby putting the court on notice that the movant is the Secured Party Creditor, Superior Claimant, Holder in Due Course, and principle creditor having a registered priority lien hold interest to all property held in the name of the Debtor; COLIE L. LONG—ens legis, as evidence by U.C.C.—1 Financing Statement #2006205062—1 filed with

Secretary of State of Michigan. [See Exhibit 1]

On November 9, 2007, the undersigned petitioner caused to be sent to Judge Kaye K. Christian an **AFFIDAVIT of TRUTH** regarding "property" (the flesh and blood body of the Secured Party Creditor Colie Levar Long), obtained/retained by the UNITED STATES OF AMERICA by way of the SUPERIOR COURT OF THE DISTRICT OF COLUMBIA as collateral in/for Case Number F-2346-96; UNITED STATES OF AMERICA v. COLIE L. LONG. [See Exhibit 2]

Defendant/Debtor Judge Kaye K. Christian failed to respond and/or perform after receiving petitioner's **AFFIDAVIT of TRUTH**. Therefore petitioner was afforded no other option than to exhaust his administrative remedy process, whereby obtaining a **Certificate of NON-Response (Notarial Protest)** [See Exhibit 3], against Judge Kaye K. Christian. Subsequently, in perspective to the completion of petitioner's administrative remedy process, petitioner has timely noticed the defendant, Judge Kaye K. Christian, and has properly commenced and concluded a perfected security interest against Defendant Kaye K. Christian. The perfected security interest, Contract No. CLL-AOT-77 herein "Contract," includes all notices which are documented in this complaint as "Exhibit 2" and "Exhibit 3," which were

all issued by a public official.

On March 30, 2008, the undersigned movant filed a Habeas Corpus petition to the Superior Court of the District of Columbia, with the endeavor that the cause of the commitment and confinement of the defendant, COLIE L. LONG-ens legis into the custody of the Attorney General be inquired into. [**See Exhibit 4**]

In the aforementioned Habeas Corpus, the movant unequivocally expressed the fact that Kaye K. Christian, acting in her public capacity as Superior Court Judge, is a **malfeasant public official** by neglecting her fiduciary duty to uphold the following accounting and bank procedures (which include but not limited to): Obligation of Drawer (U.C.C. 3-414), Dishonor of Presentment (3-602), Failure of Ordinary Care of Presentment (U.C.C. 4-214(d)(2)), and Breach of Fiduciary Duty (U.C.C.-3-307).

Furthermore, the court was placed on notice that Judge Kaye K. Christian failed to honor the movant's Banker's Acceptance **(per House Joint Resolution-192 of June 5, 1933, currently codified as Title 31 U.S.C. Sec. 5118(d)(2))**, which is relevant due in part to the fact that virtually all crimes are commercial crimes **per CFR part 72.11.** Whereas movant has the right and legal standing to perform a civil

resolution of any and all criminal charges to discharge any and all commercial liability (fine(s) and/or prison term(s)) incurred by an infraction of any D.C. code or statute, under any color of law or pretense whatsoever.

And lastly, a relief was sought in petitioner's Habeas Corpus requesting the court to dismiss and stricken from all public records the Case No. F2346-96, and that an order of release be issued for Colie Levar Long-EL©/Secured Party Creditor, releasing the flesh and blood body of the Living Principle (Colie Levar Long-EL), from the custody of the Attorney General for the UNITED STATES OF AMERICA/DISTRICT OF COLUMBIA, which is a corporation created by an act of the 41st Congress, Session III ch. And 62-1872.

The aforementioned Habeas Corpus was received by the Superior Court of the District of Columbia via certified mail (#7007 1490 0003 2161 6308) **[See Exhibit 5]**. Yet as of date (May 2, 2008), the court has failed to acknowledge and/or respond to movant's petition. Therefore:

## Relief Sought

This complaint comes in good faith and in the Interest of Justice, yet due to the esoteric nature

of the information presented in this complaint, it is highly improbable that a "Request for a Jury Trial" would be granted. Therefore, the undersigned petitioner respectfully request this Honorable Court, **which holds superior jurisdiction**, to appoint the appropriate public official to be an arbitrator in this matter, and render a Summary Judgment issuing a mandate, ordering the Superior Court and the public official Judge Kaye K. Christian to restore the movant's God given/Sovereign rights to exist as a free man, which are illegally being deprived.

Also it is requested that this Honorable Court compel performance of all mandatory duties in which Judge Kaye K. Christian is obligated to perform; such as: acknowledgement of all movant's presentments (U.C.C.-1 Financing Statement, Notice of Acceptance, Standing and Status; Request for Remedy, etc.), and issue an order releasing any and all Court Bonds to Colie Levar Long/Secured Party Creditor.

Furthermore, it is requested that this Honorable Court respond to the Superior Court of the District of Columbia reckless discretion in refusing to honor movant's petition (Habeas Corpus), which is an abuse of judicial power. And that this Honorable Court grants a hearing on the merits of this **Complaint in the Nature of Mandamus/Prohibition**, and

that the above-mentioned Case No. F2346-96 be dismissed and stricken from all public record, and that an Order of Release be issued for the defendant, COLIE L. LONG-ens legis, releasing the transmitting utility back into the custody of Colie Levar Longc/Secured Party Creditor.

## JURISDICTION

In reference to 28 U.S.C. 1333 and/or 1337 this action is within the jurisdiction of **Admiralty/Maritime** by special appearance and in accordance to Rule 9(h) of the Federal Rules of Civil Procedure.

In reference to 28 U.S.C.A. Sec. 1361 The District Courts have **original jurisdiction** Of any action in the nature of mandamus to compel an officer or employee of the UNITED STATES or any agency thereof to perform a duty owe to the plaintiff.

Respectfully Submitted,

*Colie Levar Long-EL ©*

Secured Party Creditor
Holder in Due Course
Authorized Representative for
COLIE L. LONG-ELc-ens legis
1901 D Street, S.E.
Washington, D.C. 20003

# EXHIBIT

# 1

# COPY

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CASE NO. F-2346-96** |
| | : | |
| v. | : | **JUDGE KAYE K. CHRISTIAN** |
| | : | |
| COLIE L. LONG | : | **HEARING DATE: MAY 25, 2007** |

### NOTICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice that the following documents were received by the undersigned counsel for the United States. The documents are:

1. Notice of Acceptance, Standing and Status; Request for Remedy (Attached as Exhibit 1);

2. UCC Financing Statement (Attached as Exhibit 2);

3. Security Agreement Non-Negotiable (Attached as Exhibit 3);

4. Hold Harmless and Indemnity Agreement (Attached as Exhibit 4);

5. Power of Attorney-in-Fact Limited (Attached as Exhibit 5);

6. Common Law Copyright Notice (Attached as Exhibit 6);

7. Banker's Acceptance (Attached as Exhibit 7);

8. Complaint and other documents from Crim. Case. No. F-2346-96 (Attached as Exhibit 8);

9. Appearance Brief (Attached as Exhibit 9);

10. Counterclaim Set-Off (Attached as Exhibit 10);

11. Bond on Counterclaim/Set-Off (Attached as Exhibit 11); and,

12. Notice of Waiver (Attached as Exhibit 12).

08 1334

# FILED

AUG - 1 2008

Clerk, U.S. District and

Accordingly, the government now respectfully provides this notice and attaches these exhibits.

Respectfully Submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Chief, Special Proceedings Division

T. ANTHONY QUINN
Assistant United States Attorney
D.C. Bar No. 415-213
555 4th Street, NW Room 10-909
Washington, D.C. 20530
202-514-6807

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail on THOMAS HESLEP, ESQUIRE, 419 7TH Street, NW, # 401, Washington, D.C. 20004, on this 26th day of February, 2007.

T. ANTHONY QUINN
Assistant United States Attorney

THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CRIMINAL DIVISION BRANCH

UNITED STATES )
      )  SUPERIOR COURT No. F-2346-96
 vs.    )  D.C. Court of Appeals
      )  98-CF-1425 & 98-CF-1088
COLIE L. LONG © )
DEBTOR-ENS LEGIS )
 DEFENDANT  )
      )

**Notice of Acceptance,**
**Standing and Status; Request for Remedy**

1.) On _December 15ᵗʰ 2006_ , Colie L. Long/Creditor Accepted the

charging instrument for value by way of a Banker's Acceptance and returned it

in exchange for settlement and closure of the accounting concerning case

No. F-2346-96.

2.) Settlement of the account has been done privately by exchanging Colie

L. Long's ©/Creditor's exemption for discharge of the obligation by use of

Colie L. Long's ©/Creditor's Private Treasury U.C.C. Contract Trust Account

No. ▬▬▬▬▬▬

3.) Colie L. Long ©/Creditor is operating in the capacity of being the living

principal/Authorized Representative/Attorney in Fact for COLIE L. LONG ©/DEBTOR/

ENS LEGIS.

4.) Colie L. Long ©/Creditor is issuing limited authorization to the court for

the use of the property (name) of COLIE L. LONG ᶜ/DEBTOR for any and all orders

1 of 2

or documents dismissing the above mentioned case No. F-2346-96, and

release of the flesh and blood body of the living Principal Colie L.

Long©/Creditor.

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Attached Schedule of Documents include:

1. UCC-1 Financing Statement (3) pages.
2. Security Agreement (13) pages.
3. Hold Harmless and Indemnity Agreement (5) pages.
4. Power of Attorney-in-Fact (3) pages.
5. Common Law Copyright Notice (3) pages.
6. Private Agreement (i.e. Acceptance and Return for Value of all Charging Instruments including, but not limited to, Criminal Complaint, Arrest Warrant, Indictment, Judgement and Commitment Order, etc.)
7. Notice of Banker's Acceptance.
8. Notice of Request for Waiver.
9. Notice of Request for Remedy.
10. Notice of Authorization.

Respectfully Submitted

*Colie Lever Long* ©

Colie L. Long(c)(r)TM
Secured Party/Creditor
Holder-in-Due-Course
Authorized Representative on behalf of
COLIE L. LONG,©ENS LEGIS
Private Priority Exemption No. ▓▓▓▓▓

County if Lee
State of Virginia

Witness My Hand and Seal on this 15th day of December 2006

_____ (Seal)
Notary Public

December 31, 2008
My Commission Expires

# Exhibit 2

08 1334

**FILED**

AUG - 1 2008

Clerk, U.S. District and
Bankruptcy Courts

3

██████████
██████████
██████████

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
In care of:
Colie Levar Long
P.O. Box 305
Jonesville, VA
[Near 24263]
```

Michigan Department of State - Uniform Commercial Code
2006205962-1    12/11/06 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| LONG | COLIE | LEVAR | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE / COUNTRY | |
| P.O. Box 305 | Jonesville | VA  24263  US. | |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| | | LLC (ENS LEGIS) | Private | FBI No. 193040CB5 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE / COUNTRY | |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Long | Colie | Levar | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE / COUNTRY | |
| | Washington | D.C.  20019  USA | |

4. This FINANCING STATEMENT covers the following collateral: **This is the entry of the collateral record owner; Colie Levar Long and of the Debtor COLIE LEVAR LONG in the Commercial Chamber under necessity and the following property is hereby registered in the same:  All Certificates of Live Birth No. ▓▓▓▓ herein liened and claimed at a sum certain $100,000,000.00, SSN/UCC Contract Trust Account-prepaid account Number 5▓▓▓▓▓▓ Exemption Identification Number▓▓▓▓▓ and corresponding Bond No. ▓▓▓▓▓▓▓ Security Agreement No. 122006-CLL-SA, Power of Attorney No. 122006-CLL-POA, Copyright Notice No. 122006-CLL-CN, Hold Harmless and Indemnity Agreement No. 122006-CLL-HHIA.  Said Registration is to secure the rights, title(s) and interest(s) in and of the Root of Title, and the Certificate of Live Birth No.▓▓▓▓▓ as received by VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA DEPARTMENT OF PUBLIC HEALTH; DNA, retina scans; and all Debentures, Indentures, Accounts; FBI No. 193040CB5; USM No.09041-007; Docket No. Criminal Case #F-2346-96F-1, F2346-96E and any and all related documents; See Attached Addendum**

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| LONG | COLIE | LEVAR |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**12. ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate

16. Additional collateral description

and all the Pledges represented by same, included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all product derived therefrom, nunc pro tunc, but not limited to all capitalized names: COLIE LEVAR LONG; COLIE L. LONG; LONG, COLIE LEVAR; or any derivative thereof and all contracts, agreements, signature(s) and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the Straw-man, LLC (ENS LEGIS) described as the Debtor and all property is accepted for value and is exempt from Levy. Record owner is not the guarantor or surety to any other account by explicit reservation. See attached Copy of Collateral.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest)

17. Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

CERTIFIED MAIL No. 7005 1160 0001 6345 8511

## COPY OF COLLATERAL

Continuation of Collateral          Adjustment of this filing is from Public Policy
HJR-192 of June 5, 1933 and UCC 1-104 and 10-104. All proceeds, products,
accounts, baggage and fixtures and the Orders therefrom are to be released
to the Secured Party as the authorized representative of the debtor. Debtor
is a commercial transmitting utility and is a trust.

# Exhibit 3

08 1334

**FILED**

AUG - 1 2008

Clerk, U.S. District an
Bankruptcy Courts

3

## SECURITY AGREEMENT
### NON-NEGOTIABLE

This Security Agreement is made and entered into this ___30th___ day of __November__ , 2006, by and between **COLIE LEVAR LONG**© hereinafter "DEBTOR", SOCIAL SECURITY ACCOUNT NUMBER ~~██████████~~ and the Live Natural Man, Colie Levar Long© Secured Party, hereinafter "Secured Party". If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably segregable from said part(s) or portion(s). The Parties, hereinafter "Parties", are identified as follows:

**DEBTOR**
COLIE LEVAR LONG©
P.O. Box 305
JONESVILLE, VA. 24263-0305

**Secured Party**
Colie Levar Long

NOW, THEREFORE, the Parties agree as follows:

### AGREEMENT

In consideration for the Secured Party providing certain accommodation to DEBTOR, inter alia, to the Secured Party:

1. Constituting the source, origin, substance and being, i.e. basis of "pre-existing claim", from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract, and exchange goods, obligations and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

Security Agreement                                    Item No. SA-

2.  Signing by accommodation for DEBTOR in all cases whatsoever wherein any signature of DEBTOR is required:

3.  Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection;

4.  Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR; and

5.  Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever,

DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

a.  Voluntarily enters DEBTOR in the Commercial Registry;

b.  Transfers and assings to the Secured Party a security interest in the Collateral described herein below; and

c.  Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of the Secured Party for exclusive and discretionary use by the Secured Party in any manner that the Secured Party, by Sovereign and Unalienable Right, elects.

## PUBLIC  LAWFUL  NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1.  The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and the Secured Party as registered herewith.

2.  This Security Agreement is constractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and the Secured Party.

3.  DEBTOR is the transmitting utility, and unincorporated, proprietary trademark of the Secured Party, and all property of DEBTOR is the secured property of the Secured Party.

2 of 13                    Item No. SA-

SECURITY AGREEMENT

Any unauthorized use of DEBT in any manner that might entirely pertain to, or be presumed to pertain to the Secured Party in any manner is expressly prohibited without the written consent of the Secured Party.

## FIDELITY BOND

Know all men by these presents that DEBTOR, COLIE LEVAR LONG©, establishes this bond in favor of the Secured Party, Colie Levar Long©, in the sum of present Collateral Values up to the penal sum of One Hundred Billion United States Dollars (100,000,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR'S heirs, executors, administrators and third party assigns, jointly and severally, by these presents.

The condition of the above bond is" the Secured Party covenants to do certain things on behalf of DEBTOR, as set forth above in Agreement, and DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to the Secured Party a Security Interest in the herein below described collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTOR'S Surety, Colie Levar Long© is released from liability by written order of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty day written notice to DEBTOR.  No such cancellation shall effect any liability incurred or accrued hereunder prior to the termination of said thirty day period. In such event of notice of cancellation, DEBTOR agrees to reissue the bond before the end of said thirty (30) day period for an amount equal to or greater than the above stated value of this Security Agreement unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend and hold the Secured Party Harmless from and against any and all claims, losses, liabilities, costs, interests and expenses, hereinafter referred to as "Claims" of "Claim", which Claims include, without restriction, all legal costs, interests, penalties and fines suffered or incurred by the Secured Party.

in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to own to any creditor for any reason whatsoever.

The Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, inter alia, copy of any document, correspondence, suit, or action received by or served upon the Secured Party. The Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains to, inter alia, all herein below described personal and real property of DEBTOR, now owned or hereafter, acquired by DEBTOR, in which the Secured Party holds all interest. DEBTOR retains possession and use, and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures, and the Orders there from, are released to DEBTOR.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, Dishonor Settlement Agreement Bill of Exchange No.                    held by the Secured Party must be satisfied in full and acknowledgment of same completed.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, withhead, with transmitting utilities, etc.;
2. All rents, wages, and income;
3. All land, mineral, water, and air rights;
4. All cottages, cabins, houses, and buildings;
5. All bank accounts, bank "safety" deposit boxes and the contents therein,

credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, saving accounts, retirement plan account, stocks, bonds, securities, and benefits from trusts;

6. All inventory in any source;

7. All machinery, either farm or industrial;

8. All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipments accessories, parts, service equipment, lubricants, and fuels and fuel additives:

11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of DEBTOR;

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the description thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof; and the use of the information contained therein or pertaining thereto;

22. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

23. All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto:

25. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia, cable, electricity, garbage, gas internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

26. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or works;

27. All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28. All Rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of leased period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29. All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing and survival;

32. All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" of "private" sources;

33. All Rights to Keep and Bear Arms for self-defense of self, family, and parties entreating physical protection of person of property;

34. All Rights to create, preserve, and maintain inviolable, spirtual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, ie. mind, body, soul, free will, faculties, and self;

37. All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, defacto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

39. All intellectual property, inter alia, all speaking and writing;

40. All signatures and seals;

41. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

43. All application, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia, all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said application, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

44. All library cards;

45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information;

46. All credit of DEBTOR;

47. All traffic citation/tickets;

48. All parking citations/tickets;

49. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stone, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filing, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said informatin was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

52. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Account, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-Ks, and the like;

53. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

54. All cash, coins, money, Federal Reserve Notes, and Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts and supplies, and storage sheds and contents;

58. All fuel, fuel tanks, containers, and involved or related delivery systems;

59. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

60. All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

61. All rifles and guns and related accessories, and ammunition and the integral components thereof;

62. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

63. All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

64. All computers and computer Systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

65. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, items related thereto;

66. All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

67. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

68. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

69. All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

70. All books, drawing, magazines, manuals, and reference materials regardless of physical form;

71. All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

72. All food and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

73. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

74. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

75. The Will of DEBTOR;

76. All inheritances gotten or to be gotten;

77. All wedding bands and rings, watches, wardrobe, and toiletries;

78. All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

79. All businesses, corporation, companies, trusts, partnerships, limited partnerships, organization, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

81. All telephone numbers;

82. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of DEBTOR.

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of the Secured Party, and not dischargeable in bankruptcy court as the Secured Party's property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and the Secured Party.

DEBTOR agrees to notify all of DEBTOR'S former creditors, would creditors, and any would-be purchasers of any herein-described Collateral, of this Security Agreement, and all such personages are expressly so-noticed herewith.

This Security Agreement devolves on the Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as the Secured Party to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:

1.  Failure by DEBTOR to pay any debt secured hereby when due;

2.  Failure by DEBTOR to perform any obligation secured hereby when required to be performed;

3.  Any breach of any warranty by DEBTOR contained in this Security Agreement; or

4.  Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting-utility function of DEBTOR.

The Secured Party reserves the rights to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Applicable to all Successors and Assigns

**SIGNATURES**

The Secured Party executes this Security Agreement certified and sworn on the Secured Party's unlimited liability as true, correct, and complete, and accepts all signatures in accord with UCC § 3-419.

DEBTOR

_COLIE LEVAR LONG©_

Secured Party

_Colie Le Long©_

JURAT

State of Maryland            )
                             )ss.
County of Prince George's    )

On _November 30_ ,2006, before me, the undersigned, a Notary Public in and for said State of Maryland, the aforesaid Colie Levar Long personally known to me to be the person whose name is subscribed to the foregoing/attached instrument.

(Seal)

_____
Notary Public in and for said State

My Commission expires _December 31, 2008_

# Exhibit 4

HOLD HARMLESS AND INDEMNITY AGREEMENT No. HHIA-

Non-Negotiable — Private Between the Parties

**PARTIES**

**Creditor:**

Colie Levar Long©

Washington, D.C. 20019

**DEBTOR**

COLIE LEVAR LONG
P.O. Box 305
Jonesville, Virginia 24263-0305
... and any and all derivatives and variations in the spelling of said name.
DEBTOR'S Social Security Account Number:

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered
into in this _____30th_____ day of the _____November_____ Month in the Year of Our
Lord Two Thousand and _____Six_____ between the juristic person COLIE LEVAR
LONG© , and any all derivatives and variations on spelling of said name
hereinafter jointly and severally "Debtor," except, Colie Levar Long©
the living, breathing, flesh-and blood man, known by the distinctive appellation
Colie Levar Long©,         hereinafter "Creditor"

08 1334

FILED
AUG - 1 2008
Clerk, U.S. District
Bankruptcy Court

For valuable consideration, Debtor hereby expressly agrees and covenants,
without benefit of discussion, and without division, that Debtor holds harmless
and undertakes the indemnification of Creditor from and against any and all claims,
legal actions, orders, warrants, judgment, demands, liabilities, losses,
depositions, summonses, lawsuits, costs, fines, liens, levies, penalties,
damages, interests, and expenses whatsoever both absolute and contingent, as are
due and as might become due, now existing and as might hereafter arise, and as
might be suffered/incurred by, as well as imposed on, Debtor for any reason,
purpose, and cause whatsoever.  Debtor does hereby and herewith expressly covenant
and agree that Creditor shall not under any circumstance, nor in any manner whatsoever,

be considered an accommodation party, nor a surety, for Debtor.

**Defined; Glossary of Terms.** As used in this Hold-harmless and Indemnity Agreement, the following words and terms express the meanings set forth as follow, non obstante:

**Appellation.** In this Hold-harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh and blood man.

**Conduit.** In this Hold-harmless and Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labor, such as goods and services, via the name 'COLIE LEVAR LONG©' also known by any and all derivatives and variations in the spelling of said name of Debtor except all derivatives and variations in the spelling of the name of Colie Levar Long©, the Creditor.

**Creditor.** In this Hold-harmless and Indemnity Agreement the term "Creditor" means Colie Levar Long©   and all derivatives and variations in the spelling of the name of Colie Levar Long©.

**Debtor.** In this Hold-harmless and Indemnity Agreement the term "Debtor" means COLIE LEVAR LONG©   also known by any and all derivatives and variations in the spelling of said name excepting 'COLIE LEVAR LONG©   and all derivatives and variations in the spelling of the name of COLIE LEVAR LONG©.

**Derivative.** In this Hold-harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Ens legis.** In this Hold-harmless and Indemnity Agreement the term "ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely from the law, as contrasted with a natural person.

Hold-harmless and Indemnity Agreement. In this Hold-harmless and Indemnity Agreement the term "Hold-harmless and Indemnity Agreement" means this Hold-harmless and Indemnity Agreement No.HHIA-:          as this Hold-harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachment, exhibits, documents, endorsements, and schedules re this Hold-harmless and Indemnity Agreement attached.

COLIE LEVAR LONG©     . In this Hold-harmless and Indemnity Agreement the COLIE LEVAR LONG©  . means COLIE LEVAR LONG©    and any and all derivatives and variations in the spelling of said name except Colie Levar Long© and all derivatives and variations in the spelling of the name Common Law Copyright 1995 by Colie Levar Long©     All Rights Reserved.

Colie Levar Long©     . In this Hold-harmless and Indemnity Agreement the term Colie Levar Long©.    means the sentient, living, flesh-and blood man identified by the distinctive appellation Colie Levar Long©     and all derivatives and variations in the spelling of the name Colie Levar Long©     All rights are reserved re use of Colie Levar Long©    . Autograph Common Law 1995 By Colie Levar Long©.

Juristic person. In this Hold-harmless and Indemnity Agreement the term "juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possissing certain legal rights and duties of a human being; an imaginary entity, such as Debtor, i.e. Colie Levar Long©  , which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

"From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library, The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs

through what is now the familiar device of the corporation....Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And none the worse for it. No doubt, Metaphors in law are the be narrowly watched.  "Cardozo, J., in Berkley v. Third Avenue R. Co., 244 N.Y. 84, 94, "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason "See U.S. v. SCOPHONY CORP. OF AMERICA

**Living, breathing, flesh-and blood man.** In this Private Agreement the term © "living, breathing, flesh-and blood man" means the Creditor Colie Levar Long, a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person created by construct of law.

**Non obstante.** In this Private Agreement the term "non obstante" means: Words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes.

"There, every man is independent of all laws, except those prescribed by nature.  He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN v NEALE, 2 N.C. 338 (1796) 2 S.E. 70.

**Sentient, living, being.** In this Private Agreement the term "sentient, living being" means the Creditor, i.e. Colie Levar Long © a living breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic corporation, partnership, association, and the like.

**Transmitting Utility.** In this Hold-harmless and Indemnity Agreement the term © "transmitting utility" means a conduit, e.g. the Debtor, i.e. COLIE LEVAR LONG.

**UCC.** In this Hold-harmless and Indemnity Agreement the term "UCC means Uniform Commercial Code.

This Hold-harmless and Indemnity Agreement No.HHIA-.              · is dated the _30 th_ Day of the _11 th_ Month in the Year of Our Lord Two Thousand and _Six (2006)_

Debtor:

_COLIE LEVAR LONG ©_

DEBTOR'S Signature

Creditor accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401 (b).

_Colie Levar Long ©_

Creditors's Signature

Autograph Common Law Copyright 1995 by Colie Levar Long ©    All Rights Reserved.

County of Lee
This document acknowledged before me this 30th day of November 2006

_Misty Michaes_ (Seal)

Notary Public

My Commission Expires _December 31, 2008_

HOLD HARMLESS AND INDEMNITY AGREEMENT No.
Page 5 of 5

# Exhibit 5

08 1334

**FILED**

AUG - 1 2008

Clerk, U.S. District and
Bankruptcy Courts

3

## POWER OF ATTORNEY-IN-FACT
### LIMITED

**Know All Men by These Present:** That I, _____COLIE LEVAR LONG_____, the
Debtor, corporate entity and 'ens legis' the undersigned, hereby make, constitute and
appoints ___Colie Levar Long_____ herein, the flesh and blood man , a livin
soul, the Secured Party/Creditor as my true authorized representative and lawful Attor-
ney-in-fact for me and in my corporate capacity (LLC), place and stead, and for my
personal and commercial use and benefit, Nunc Pro Tunc:

1.) To ask, demand, request, file, sue, recover, collect and receive each and every
sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand
(which now is or hereafter shall become due, owing or payable or dischargeable) belongi
to or accepted or claimed by me, or presented to the DEBTOR, (a corporate entity) and t
use and take any lawful and/or commercial means necessary for the recovery thereof by
legal or commercial process or otherwise, and to execute and deliver or receive a
satisfaction or release therefore, together with the right and power to settle, compris
compound and/or discharge and claim or initiate and necessary demands;

2.) To exercise any/or all of the following powers as to all kinds of personal property
private property and any property, goods wares and merchandise, choses in action and
other property in possession or where a security interest is established and to or othe
actions;

3.) To secure by private registration the interest, or the security interest in any or
all property where necessary, to accept for value and to discharge any and all debts fc
fines, fees, or tax where necessary, to cause the commercial adjustment of any such
account(s) held open against the **DEBTOR-** **COLIE LEVAR LONG** _____, to use where
necessary any  Sight Drafts/Money Orders, Bill of Exchange to finalize any of the abov
on my behalf;

4.) To open and Checking accounts whereupon being 'close,' to discharge and fines, fee
taxs and debts via adjustment and set-off.

5.) To create, amend supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other States;

6.) To request, retrieve, file, submit, or otherwise, any papers on my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and sign my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto my said Attorney-in-fact power and authority to do and perform all and every act and things whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purpose as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents. The power and authority hereby conferred upon my said Attorney-in-fact shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquired by me as the 'ESN LEGIS/LLC' and wherever situate and as evidenced by a filed security interest.

My said Attorney-in-fact: **Colie Levar Long** is empowered hereby to determine in his sole discretion the time, purpose for, and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said Attorney-in-fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this _____**30th**_____ day of __NoveMber__, 2006, A.D.

DEBTOR'S _COLIE LEVAR LONG_ ⊚    /s/ _Colie Levar Long_ ⊚
                                          Secured Party

State of ~~Maryland~~ Virginia )
                              Lee      ) ss.
County of ~~Prince George's~~          )

On this 30th day of November 2006, before me, the undersigned, a Notary Public in and for said State of Maryland the aforesaid Colie Levar Long, Personally Known to me to be

the person whose name is subscribed to the foregoing/attached instrument.

_Misty Nichols_
Notary Public

_December 31, 2008_
My Commission Expires

_Colie Levar Long_ / Colie LEVAr Long ©
Secured Party Authorized Attorney in Fact

3 of 3

# Exhibit 6

08 1334

**FILED**

AUG - 1 2008

**Clerk,** U.S. District and
Bankruptcy Courts

3

Common Law Copyright Notice

Common Law Copyright Notice. All rights reserved re; common law copyright of trade name/trademark, COLIE LEVAR LONG©; COLIE L. LONG©; LONG, COLIE LEVAR©; LONG, COLIE L.©; as well as any and all derivatives in the spelling of said trade names/trademarks, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without prior expressed, written consent and acknowledgement of Colie Levar Long©, hereinafter 'Secured Party'. With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the tradename/trademark, nor Common Law Copyright described herein, nor any derivative of, nor any variation in the spelling of said name without prior expressed, written consent and acknowledgement of Secured Party, as signified by Secured Party's signature in Blue Ink.

Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of COLIE LEVAR LONG©; COLIE L. LONG©; LONG, COLIE LEVAR©; LONG, COLIE L.©; and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodating party, nor a surety for the purported Debtor, i.e. COLIE LEVAR LONG©; COLIE L. LONG©; LONG, COLIE LEVAR©; C.L. LONG©; nor for any derivative of, nor any variation in the spelling of said name, nor for any other Juristic Person and is so Indemnified and held harmless by Debtor, i.e. COLIE LEVAR LONG©; COLIE L. LONG©; LONG, COLIE LEVAR©; C.L. LONG©; in Hold Harmless and Indemnity Agreement No. HHIA-012007.

Dated the ___30<u>th</u>___ day of ___*November*_____ 2006, against any and all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, depositions, summons, lawsuits, costs, fines, liens, levies, penalties, damages, interests and expenses whatsoever, both absolute and contingent, as are due or as might become due, now existing and as might hereafter arise and as might be suffered by, imposed on and incurred by Debtor for any and every reason, purpose and cause whatsoever.

Self-executing Contract/Security Agreement in Event of Unauthorized Use:
By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User", consent and agree that any use of COLIE LEVAR LONG©; COLIE L. LONG©; LONG, COLIE LEVAR©; LONG, COLIE L.©, other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a Debtor and Colie Levar Long© is the Secured Party and signifies that User: (1) grants Secured Party a Security Interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each tradename/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of and variations in the spelling of; COLIE LEVAR LONG©; COLIE L. LONG©; LONG, COLIE LEVAR©; C.L. LONG©; LONG, COLIE L.©;

1 of 3

(2) authenticates this Security Agreement wherein User is Debtor and **Colie Levar Long**© is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letter of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and acquired, now existing and hereinafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and **Colie Levar Long**© is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in clause "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in clause "(2)", until User's contractual obligation therefore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in clause "(3)", as well as in clause "(4)", and filing of any Security Agreement, as described above in clause "(2)", in the UCC filing office; (6) consents and agrees that any and all such filings described in clause "(4)" and "(5)" above are not, and may not be considered bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms", with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's Default, is irrevocable and coupled with a Security Interest.

User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use: Payment Terms: In accordance with fees for unauthorized use of **COLIE LEVAR LONG**©; **COLIE L. LONG**©; **LONG, COLIE LEVAR**©; **C.L. LONG**© and any and all derivatives, as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized use fees in full within ten (10) days of date of Secured Party's invoice, hereinafter "Invoice", itemizing said fees, is sent.

Default Terms: In the event of non-payment in full of all unauthorized use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User as set forth in clause "(2)" above, immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in clause "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in the event of Unauthorized use", that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, as set forth above under "Default", irrespective of any and all of User's former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms", User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said twenty (20) day period for curing default as set forth above under "Terms for Curing Default", authorizes Secured Party's immediate non-judicial strict foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing Record Owner: **Colie Levar Long**®. Autographed Common Law Copyright 1995.

**Unauthorized Use: Payment Terms:** In accordance with fees for unauthorized use of DEBTOR'S NAME as set forth above, the User hereby consents and agrees that User shall pay all unauthorized use fees in full within ten (10) days of date of Secured Party's Invoice, hereinafter "Invoice", itemizing said fees, is sent to.

**Default Terms:** In the event of nonpayment in full of all unauthorized use fees by User within ten (10) days of date invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth above in paragraph 2, immediately becomes, is property of Secured Party; (b) Secured Party is appointed User's Authorized Representative. As set forth above in clauses (1) and (2) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party , in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale/auction at any time following User's default and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this Self Executing Contract/Security Agreement in the event of unauthorized use , that Secured Party, again in Secured Party's sole discretion, deems appropriate and terms for curing default upon the event of default, as set forth above under default terms irrespective of any and all of User's former property and interest in property in possession of, as well as disposed of by Secured Party, authorized above under default terms, User may cure User's default re only the remainder of the User for our property and interest in property formerly pledged as collateral that is neither in possession of, nor otherwise disposed of by, Secured Party within twenty days at date of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's nonpayment in full of all unauthorized use fees, itemized in invoice within said 20 day period for curing default as set forth above under terms for curing default limit authorizes Secured Party's immediate non-judicial strict foreclosures on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said 20 day strict foreclosure period. Ownership subject to common law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

Record Owner: Secured Party/Creditor name autographed common-law:

Copyrighted (Nunc Pro Tunc) Date November 19, 1995

County of Lee

This document acknowledged before me this 20th day of November 2000,

Notary Public

My Commission Expires December 31, 2008

Without Prejudice

Colie Levar Long  Colie LEVAR LON

Secured Party/Creditor

# Exhibit 7

08 1334

**FILED**

AUG - 1 2008

**Clerk,** U.S. District and
Bankruptcy Courts

3

Colie Levar Long
Secured Party/Creditor
Private Priority Exemption No. ▇▇▇▇▇▇▇
Attorney-in-Fact/Authorized Representative on behalf of:
COLIE LEVAR LONG-ENS LEGIS


To:  Respondent(s)
     United States Attorney-Kathleen O'Connor
     555 4th Street, N.W.
     Washington, D.C. 20001

     Kaye K. Christian/Judge
     Superior Court of the District of Columbia
     500 Indiana Avenue, N.W.
     Washington, D.C. 20001


### Banker's Acceptance

Enclosed are copies of the Original Presentment/Charging Instrument(s), hereinafter all such accounts (i.E. debts and obligations) appearing within the Appearance Docket in same cause and all charges therein Case No. **F-2346-96** have been Accepted for Value using a Banker's Acceptance and returned in exchange for closure of the accounting concerning the matter.

Settlement of the account has been done privately by the Creditor exchanging his Exemption for discharge of the obligation(s) by use of my U.C.C. Contract Trust Account▇▇▇▇▇▇▇

The Respondents are also to take notice that through my Exemption as Principal that Bonds(that consist of the Bid Bond, The Performance Bond and the Payment Bonds)are all Accepted for Value and request that the Bonds be discharged via my Exemption and released to me immediately.

I am the Holder-in-Due-Course of the Charging Instrument(s)/Offer **F-2346-96** and as the Creditor, I understand that any Presentment I receive from the public side is a Notice of creation of a "Charge" (Open Account) which remains unneutralized unless I "Discharge" it.  As of this date: 12/19/06 (Dec. is 06) I Colie Levar Long Secured Party/Creditor am discharging the charge by performing a Banker's Acceptance that provides the Asset/Credit that balances

the liability/debit cross on the Accounting Ledger. I am using my Exemption (which is inexhaustible (via H.J.R.-192 of June 5,1933)) for this purpose. In such case I can discharge any obligation. Anything that can be charged by creating debt against credit can be discharged by performing an accounting offset by using the same credit.

To insure that a breach does not occur you must prevent a breach, as you have presented the Criminal Bond (Complaint/Warranty/Original Charging Instrument). In order for you to complete the exchange, I Colie L.Long/Creditor, hereby grant written permission to draw on my Exemption and initiate the transfer/release.

If the offeror does not honor my acceptance and return for value, then she (Kathleen O'Connor) is the one in dishonor and can and will be made the party obligated to pay me for costs, fees and damages on the basis of her dishonor. Take notice at this time, respondent(s) will be in violation of a number of their own accounting and banking procedures which include but are not limited to: Breach of Fiduciary Duty (U.C.C. 3-307), Obligation of Drawer (U.C.C. 3-414), Presentment of Tender Offer (U.C.C. 3-501), Dishonor of Presentment (U.C.C. 3-602), Responsibility of Collection of the Presentment (U.C.C. 4-202), Failure of Ordinary care of Presentment (U.C.C. 4-214(d)(2)) and Electronic Fund Transfer Fraud.

I request that the order of the court be released to me immediately. By law, Public Officials are fiduciaries and have no discretion in the above stated matter, COMPLIANCE IS MANDATORY.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Thank You in advance for your time in this matter, Respectfully Submitted

Colie Levar Long (c) (f)TM
Secured Party/Creditor
Holder-in-due-Course
Authorized Representative on behalf of
COLIE L. LONG-ENS LEGIS
Private Priority Exemption No. 579133322

*Colie Levar Long* ©

## ACKNOWLEDGEMENT/JURAT

STATE OF VIRGINIA )
                   )ss.
COUNTY OF LEE      )


I _L Ustin Nichols_____, a Notary Public for the Commonwealth of Virginia in the County of Lee, herein Certify that Colie L. Long(c)(r)TM Secured Party/Creditor and Authorized Representative for COLIE L. LONG appeared before me and duly executed the foregoing Banker's Acceptance and Accepted for Value any and all Presentments, Original Charging Instruments, Charges and Bonds and returned them for value to the Offeror for closure of Account/Case No.**F-2346-96** through Creditor's Private Priority Exemption No.████████.


SUBSCRIBED TO AND SWORN before me this___ _15th_ day of _December_ , 2006


_____ (SEAL)
       Notary Public

_December 31, 2008_
    My Commission Expires


3 of 3

# Exhibit 8

08 1334

# FILED

AUG – 1 2008

Clerk, U.S. District and
Bankruptcy Courts

3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

No. _____

## COMPLAINT

DISTRICT OF COLUMBIA SS:

The undersigned, having made oath before me, declared that on or about the _____19th_____ day

of __March_____, 19_96_, at the District aforesaid, one

~~_____~~

WHILE ARMED WITH A DANGEROUS OR DEADLY WEAPON did then and there unlawfully and feloniously, with purpose, with premeditation and with malice aforethought,

~~_____~~

in violation of Title 22 Section 2401 of the District of Columbia Code,

Affiant's Name: _____

Subscribed and sworn to before me this _____20th_____ day of ____March_____, 19__96__

_____ (Deputy Clerk)

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant

for _____

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____, 19____

SEX: ~~_____~~
DOB: ~~_____~~
CCR: ~~_____~~
ID: ~~_____~~
Charge: Murder I (11.965)
Date of Offense: on or about March 19, 1996
Officer ~~_____~~
Badge No.: ~~_____~~    CID

Judge
Superior Court of the District of Columbia

OFFICER MUST EXECUTE RETURN:
Officer's Name _____
Time_____
Date_____

Form CD-1834 (May 88)

099600228

DISTRICT OF COLUMBIA SUPERIOR COURT
OFFICE OF THE UNITED STATES ATTORNEY

UNITED STATES

v.

COLIE LONG
aka
█████████"

On Tuesday, March 19, 1996, at approximately ████ a.m. members of the Fifth District Police Department received a radio run for the sounds of gunshots in the 1100 block of 21st Street, N.E. Upon arrival on the scene officers found the body of a Black Male subject lying alongside 1115 21st Street, in an unconscious state. The victim later identified as ██████ age ██ years old, found was suffering from multiple gunshot wounds to the back and one gunshot wound to the head. The victim was pronounced by Dr. Sargeant of the D.C. General Hospital at 7:00 a.m. and then transported to the D.C. Medical Examiner's Office. Deputy Medical Examiner Sanchez ruled the manner of death a homicide and the cause of death due to multiple rifle gunshots wounds to the body and to the head.

Witness #1 was interviewed and stated that seconds after it saw the decedent and an individual known to it as "████████" walk away together, it heard several shots and then seconds after that it heard one last shot. Witness #1 then saw a male running from where it heard the sound of the gunshots. Witness #1 stated that the person it saw running looked like "████████."

Witness #2 was interviewed and stated that it heard gunshots and went to an alley that is located alongside of 1115 21st Street, N.E. and saw one male lying on the ground and a second male standing over the male on the ground. As witness #2 began to run from the alley it heard one additional shot.

Witness #3 was interviewed and stated that it saw an individual it knows as "████████" fire one shot at the decedent as the decedent was walking in the alley behind the ███████████ ██████, N.E. It then saw "████████" fire several additional shots as the victim tried to run away. The victim then fell and it heard "████████" say to the victim "you got a gun on you." The victim then said "ain't no bullets in it ████████', ain't no bullets in it." Witness #3 stated that the victim never tried to point or even display a gun. Witness #3 then saw the shooter, "████████," run to another location in the alley, unload the shell casings from the gun it had fired, and then place other bullets in the gun while "████████" was saying " I'm going to kill that nigger." Witness # 3 then saw "Meatball" run back down the alley

the direction of where the victim was lying, and as ████ ████ stood over the victim "████████" ██ ███ ████████nal shot. After the shooting ████ ████ ██ "████ ████ ██ ██████."

Witness # 3 was shown a photo array containing seven color photographs. It selected the photograph of the defendant Colie Long as the person it knows as "Meatball" and as the person who shot the victim Ronald Williamson whom it knows as Man-Man.

Six shell casings were recovered in the alley behind 2009 M Street, N.E. A starter pistol was recovered from the alley alongside the decedent's body. The starter pistol cannot discharge projectiles.

Defendant was arrested and after advisement of rights stat██ that he shot the decedent because the decedent had grabbed him.

The events described above occured in the District of Columbia.

Subscribed and sworn before _____ 199___

_Donald Bell_ _____

Detective                Badge        District        Deputy Clerk

SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

**FILED**

Grand Jury Sworn in on October 28, 1996

THE UNITED STATES OF AMERICA :    Criminal Case No.: F-2346-96

          v.             :    Violation: 22 D.C. Code 2401,

                           :    3202, 3204(b); 3204(a); 202

                           :    (First Degree Murder While Armed

                           :    (Premeditated); Possession Of A

Colie L. Long, also known     :    Firearm During Crime Of Violence

    as "████████"              :    Or Dangerous Offense; Carrying A

PDID: ███-███                 :    Pistol Without A License;

                           :    Assault With A Dangerous Weapon)

The Grand Jury charges:

FIRST COUNT:

Colie L. Long, also known as "████████", and another person whose identity is known to the Grand Jury, within the District of Columbia, while armed with a firearm, that is, a pistol, with deliberate and premeditated malice, ████████████████████████ by shooting him with a firearm, that is, a pistol, on or about March 19, 1996, thereby causing injuries from which ████████ ████████ died on or about March 19, 1996. (████ ███████ ████ ████ ███████, in violation of 22 D.C. Code, Sections 2401, 3202)

**9**

**SECOND COUNT:**

C   On or about March 19, 1996, within the District of Columbia, Colie L. Long, also known as ~~██████~~", and another person whose identity is known to the Grand Jury, did possess a firearm, that is, a pistol or imitation thereof, while committing the crime of First Degree Murder While Armed, as set forth in the first count of this indictment.   (Possession Of A Firearm During Crime Of Violence Or Dangerous Offense, in violation of 22 D.C. Code, Section 3204(b))

**THIRD COUNT:**

D   On or about March 19, 1996, within the District of Columbia, Colie L. Long, also known as ~~████████~~, did carry, openly and concealed on or about his person, outside his home, place of business, or other land possessed, a pistol, without a license therefor issued as provided by law.   (Carrying A Pistol Without A License, in violation of 22 D.C. Code, Section 3204(a))

**FOURTH COUNT:**

E   On or about March 19, 1996, within the District of Columbia, Colie L. Long, also known as ~~████████~~, assaulted ~~████████~~ with a dangerous weapon, that is, a pistol.   (Assault With A Dangerous Weapon, in violation of 22 D.C. Code, Section 502)

_Eric H. Holder, Jr. /CTL_
Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

_K. Mack_
Foreperson

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

C7F40

United States of America
District of Columbia

Case No. _F-2346-96 F-I_

PDID No. _4483-98l_

vs.

_Colie L. Long_

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☒ Not Guilty ☐ Guilty to the Charge(s) of _____
_Count "F" Conspiracy; Count "G" 1st Degree Murder (Premeditated) while Armed;_
_Count "H" Assault with a Dangerous Weapon; Possession of a Firearm During a Crime of Violence_
and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been
convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED _____
_Count "F" 20 (twenty) months to 5 (five) years . . . . . . . . . this charge_
_charge Count "G" Life without parole . . . . . . . . . . ._
_Count "H" 40 (forty) months to 10 (ten) years . . . . . . . this charge_
_Count "I" 5 (five) to 15 (fifteen) . . . . . . . . . this charge_
_*Mandatory Sentence  LIFE . . . . . . . . . . . ._

☒ MANDATORY MINIMUM term of . . . . . . . . . . . . . . . . . . applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for
the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and super-
vision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code
[Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division,
and it is further ORDERED that while on probation the defendant observe the following marked conditions
of probation:
  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with
    written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____
  ☐ Restitution of $_____ in monthly installments of $_____ beginning
    _____ (see reverse side for payment instructions). The Court
    will distribute monies to _____
  ☐ _____

Costs in the aggregate amount of $ _400⁰⁰_ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and ☐ have ☒ have not been paid.
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the
copy shall serve as the commitment/order for the defendant.

_9/4/98_
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d)

_9/4/98_
Date

_____
Deputy Clerk




1996 FEL 002346          United States  Vs.  LONG, COLIE

| Search Criteria | | | | |
|---|---|---|---|---|
| Docket Entry | | | Begin Date | SortDescending |
| Images | All Dockets | | End Date | |
| Participant | | | | |
| Display Option | Exclude Non Display Dockets | | | |

Search Results

| Docket Date | Reference | Description | | Amt Owed/ Credit | Amount Due |
|---|---|---|---|---|---|
| 11/17/2006 | | Motion/ Renewed Application To Appoint Counsel Pursuant To Criminal Justice Act Attorney: STOLKER, Mr RICHARD | | | |
| 7/20/2006 | | Crime Victims Compensation Fund 12303  Date: 07/20/2006  Received Date: 07/20/2006 | | | $0.00 |
| 1/15/2006 | | **CONVERTED RECEIPT HISTORY 2006-01-15** | | | |

THIS RECEIPT IS TENDERED FOR OR ASSESSED
IN EXCHANGE FOR SETTLEMENT
THIS SIGNATURE OF THIS ACCOUNT IS CERTIFIED AND
VACATURE OF THE COMMERCIAL LIABILITY OF THE
SCORE ON THE COMMERCIAL REPRESENTATIVE AS TRUE, CORRECT,
AND COMPLETE AND ALL RELATED ENDORSEMENTS
AUTHORIZED REPRESENTATIVE FROM LEFT.
ADJUST AMOUNT AND PRE-PAID EXEMPT ORDERS TO
THE AUTHORIZED REPRESENTATIVE IMMEDIATELY
Accepted for value 4th 2006
1st Colin Louis Long          COLIE L. LONG ©
EXEMPTION NO.

|  | | 2005-09-19: | RECEIPT #: | | |
|---|---|---|---|---|---|
|  | | | AMOUNT: | | |
|  | | | CAN NUM: 4668 | | |
|  | | | TENDER: Check | | |
|  | | | CHECK #: | | |
|  | | | FROM: LONG, COLIE | | |
|  | | 2005-09-19: | RECEIPT #: 20859667 | | |
|  | | | AMOUNT: $26.10 | | |
|  | | | CAN NUM: 4668 | | |
|  | | | TENDER: Check | | |
|  | | | CHECK #: 12810 | | |
|  | | | FROM: LONG, COLIE | | |
|  | | 2005-03-25: | RECEIPT #: 20807921 | | |
|  | | | AMOUNT: $25.00 | | |
|  | | | CAN NUM: 4668 | | |
|  | | | TENDER: Check | | |
|  | | | CHECK #: 6601 | | |
|  | | | FROM: LONG, COLIE | | |
|  | | 2005-02-11: | RECEIPT #: 20784548 | | |
|  | | | AMOUNT: $25.00 | | |
|  | | | CAN NUM: 4668 | | |
|  | | | TENDER: Check | | |
|  | | | CHECK #: 6566 | | |
|  | | | FROM: LONG, COLIE | | |
|  | | 2005-02-09: | RECEIPT #: 20782568 | | |
|  | | | AMOUNT: $25.00 | | |
|  | | | CAN NUM: 4668 | | |
|  | | | TENDER: Check | | |
|  | | | CHECK #: 8032 | | |
|  | | | FROM: LONG, COLIE | | |
|  | | 2004-07-13: | RECEIPT #: 20692074 | | |
|  | | | AMOUNT: $25.00 | | |
|  | | | CAN NUM: 4668 | | |
|  | | | TENDER: Check | | |
|  | | | CHECK #: 7560 | | |
|  | | | FROM: LONG, COLIE | | |
|  | | 2004-04-13: | RECEIPT #: 20652685 | | |

AMOUNT:        $25.00
CAN NUM:       4668
TENDER:        Check
CHECK #:       5313
FROM:          LONG, COLIE

2003-10-28:    RECEIPT #:     Z0571993
               AMOUNT:        $25.00
               CAN NUM:       4668
               TENDER:        Check
               CHECK #:       1245
               FROM:          LONG, COLIE

2003-06-17:    RECEIPT #:     Z0506344
               AMOUNT:        $25.00
               CAN NUM:       4668
               TENDER:        Check
               CHECK #:       4031
               FROM:          LONG, COLIE

2003-03-18:    RECEIPT #:     Z0459234
               AMOUNT:        $25.00
               CAN NUM:       4668
               TENDER:        Check
               CHECK #:       404
               FROM:          LONG, COLIE

2003-02-03:    RECEIPT #:
               AMOUNT:
               CAN NUM:
               TENDER:
               CHECK:
               FROM:

               RECEIPT #:
               AMOUNT:
               CAN NUM:
               CHECK:
               FROM:

2002-05-22:    RECEIPT #:     Z0329990
               AMOUNT:        $25.00
               CAN NUM:       4668
               TENDER:        Check
               CHECK #:
               FROM:          LONG, COLIE

2001-09-24:    RECEIPT #:     Z0258297
               AMOUNT:        $25.00
               CAN NUM:       4668
               TENDER:        Check
               CHECK #:       1965
               FROM:          LONG, COLIE

7/27/2004      MOTION FILED BY: DEFENSE             TYPE:
               POST-TRIAL
               DESC: MOTION FOR CORRECTION OF SENTENCE
               OPPOSITION FILED: 00-00-0000   HEARING
               DATE: 00-00-0000   DISP: DENIED
                  DISP DATE: 08-09-2004

12/24/2003     MOTION FILED BY: DEFENSE             TYPE:
               POST-TRIAL
               DESC: MOTION FOR A NEW TRIAL BASED UPON
               INEFFECTIVE ASSISTANCE OF TRIAL        COUNSEL
               PURSUANT TO DC CODE 23-110.
               OPPOSITION FILED: 00-00-0000   HEARING
               DATE: 00-00-0000   DISP: DENIED
                  DISP DATE: 11-15-2004

12/24/2003     MOTION FILED BY: DEFENSE             TYPE:
               POST-TRIAL
               DESC: MOTION FOR A NEW TRIAL.
               OPPOSITION FILED: 00-00-0000   HEARING
               DATE: 00-00-0000   DISP: DENIED
                  DISP DATE: 01-30-2004

4/17/2003      MOTION FILED BY: DEFENSE             TYPE:
               POST-TRIAL
               DESC: MTN FOR ORDER DIRECTING U.S. MARSHAL
               SERVICE TO TRANSPORT DEFT.TO       D.C. FOR
               PROFESSIONAL INTERVIEW AND TO PREPARE FOR
               HEARING
               OPPOSITION FILED: 00-00-0000   HEARING

DATE 01-30-00 DB 0      DISP: DENIED
DISP DATE: 9-16-2003
MOTION FILED BY: DEFENSE                TYPE:
OTHER
DESC: MTN TO PREPARE TRANSCRIPTS UNDER
CRIMINAL JUSTICE ACT
OPPOSITION FILED: 00-00-0000     HEARING
DATE: 00-00-0000   DISP: GRANTED
    DISP DATE: 05-22-2000

'15/2000

9/21/1998      JUDGE: SHUKER           , NAN
               DEFENSE ATTY:
               COMMENT: AN APPEAL WAS FILED ON SEP 21
               ,1998 BY DEFENSE

9/4/1998       JUDGE: SHUKER           , NAN
               DEFENSE ATTY: BAER
               MITCHELL S
               SENTENCED:    6   7   8   9
               BOND STATUS: DOCK (LOCK UP)
                   99999999    BOND CASH PCT:
               BOND ACTION CODE:
               COUNT:  6      CONCUR:OTHER CNTS
               TYPE:CONFINEMENT ONLY
               CONFINEMENT: 020 M / 005 Y    CONF.
                   /
               COUNT:  7      CONCUR:OTHER CNTS
               TYPE:LIFE
               COUNT:  8      CONCUR:OTHER CNTS
               TYPE:CONFINEMENT ONLY
               CONFINEMENT: 040 M / 010 M    CON.
                   /
               COUNT:   9      CONCUR:
               TYPE:CONFINEMENT ONLY
               CONFINEMENT: 005 Y

7/14/1998      JUDGE: SHUKER
               DEFENSE ATTY:
               COMMENT: AN APPEAL WAS FILED ON JUL 14
               ,1998 BY DEFENSE

7/9/1998       MOTION FILED BY: GOVERNMENT        TYPE:
               PRE-TRIAL
               DESC: GOVT'S MTN FOR ABSENT OF VICTIM
               FAMILY MEMBER AT  SENT.   HEARING
               OPPOSITION FILED: 00-00-0000
               DATE: 00-00-0000   DISP:
                   DISP DATE: 00-00-0000

7/1/1998       JUDGE: SHUKER           , NAN
               DEFENSE ATTY: BAER
               MITCHELL S
               CONTINUED:    6   7   8   9

                       CONT. DATE: 09-04-1998  FOR:
               REPORT & SENTENCING
               JUDGMENT:    6   8   7   9
               BOND STATUS: DOCK (LOCK UP)
                   99999999    BOND CASH PCT:
               BOND ACTION CODE:

6/29/1998      JUDGE: SHUKER           , NAN
               DEFENSE ATTY: BAER
               MITCHELL S
               BOND STATUS: DOCK (LOCK UP)
                   99999999    BOND CASH PCT:
               BOND ACTION CODE:

6/25/1998      JUDGE: SHUKER           , NAN
               DEFENSE ATTY: BAER
               MITCHELL S
               BOND STATUS: DOCK (LOCK UP)
                   99999999    BOND CASH PCT:
               BOND ACTION CODE:

6/24/1998      JUDGE: SHUKER           , NAN
               DEFENSE ATTY: BAER
               MITCHELL S
               BOND STATUS: DOCK (LOCK UP)
                   99999999    BOND CASH PCT:
               BOND ACTION CODE:

6/24/1998      JUDGE: SHUKER           , NAN

DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER                , NAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER                , NAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    6    7    8    9

CONT. DATE: 06-22-1998  FOR:

JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER                , NAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
MOTION FILED BY: DEFENSE
PRE-TRIAL
DESC: MTN TO DISM SUPERSEDING
OPPOSITION FILED: 05-1
DATE: 00-00-0000
    DISP DATE: 00-00
JUDGE: SHUKER
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:

FELONY STATUS CONF
DISPOSED:    6    2
BOND STATUS: DOCK (LOCK
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER                , NAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2    3    4    5    6    7    8    9

CONT. DATE: 06-15-1998  FOR:

JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER                , NAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER                , NAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2    3    4    5

CONT. DATE: 04-16-1998  FOR:

STATUS HEARING
JUDGMENT:    2    4    3    5
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER                , NAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2    3    4    5

CONT. DATE: 06-12-1998    FOR:
REPORT & SENTENCING
PLEA GUILTY:   5
JUDGMENT:    2    4    3    5
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY        , HAROLD
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY        , HAROLD
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2    3    4    5

CONT. DATE: 03-25-1998    FOR:

JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY        , HAROLD
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2    3    4    5

CONT. DATE: 03-    FOR:

JURYTRIAL
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: DOCK (LOCK UP)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY        , HAROLD
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2    3    4    5

CONT. DATE: 03-16-1998    FOR:

JURYTRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY        , HAROLD
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: CUSHENBERRY        , HAROLD
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
    99999999        BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER            , NAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2    3    4    5

CONT. DATE: 03-09-1998    FOR:

JURYTRIAL

THIS EXCHANGE IS ACCEPTED FOR ASSESSED VALUE AND RETURN FOR EXCHANGE FOR SETTLEMENT, CLOSURE ON THE COMMERCIAL LIABILITY OF THE ACCOUNTING CERTIFIED AND COMPLETE, AUTHORIZED REPRESENTATIVE AS TRUE, CORRECT, AND COMPLETE, HOLD, WITH ALL RELATED ENDORSEMENTS FRONT AND BACK. PRE-PAID EXEMPT FROM LEVY. ADJUST ACCOUNT AND RELEASE THE ORDERS TO THE AUTHORIZED REPRESENTATIVE IMMEDIATELY.

DATE December 15, 2006 EXEMPTION NO.:

/S/ Colie Levar Long    COLIE L. LONG ©

BOND ACTION CODE:
JUDGE: CHRISTIAN        , KAYE
DEFENSE ATTY:
COMMENT: AN APPEAL THAT WAS FILED ON JAN
14,98 WAS DISMISSED ON  3/ 3/98
MOTION FILED BY: DEFENSE         TYPE:
PRE-TRIAL
DESC: MTN FOR LEAVE TO WITHDRAW AS  COUNSEL.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
   DISP DATE: 00-00-0000
JUDGE: SHUKER           , NAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2   3   4   5

            CONT. DATE: 03-04-1998  FOR:
JURYTRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: SHUKER           , NAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2   3   4   5

            CONT. DATE:
STATUS HEARING
BOND STATUS: D.C. CODE
    99999999    BOND
BOND ACTION CODE:
JUDGE: SHUKER
DEFENSE ATTY:
COMMENT: AN APPEAL
,1998 BY DEFENSE
JUDGE: SHUKER
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2   3

            CONT. DATE: 01-22-1998  FOR:
STATUS HEARING
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD         , SUSAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:    2   3   4   5

            CONT. DATE: 01-08-1998  FOR:
STATUS HEARING
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD         , SUSAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD        ., SUSAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD         , SUSAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:

/1998
2/26/1998
1/29/1998
1/23/1998
1/14/1998
1/8/1998
12/15/1997
12/12/1997
12/11/1997
12/10/1997

THIS PRESENTMENT IS ACCEPTED FOR ASSESSMENT
AND CLOSURE AND RETURN IN EXCHANGE FOR SETTLEMENT AND
CLOSURE ON THE COMMERCIAL LIABILITY OF THE
AUTHORIZED REPRESENTATIVE AS TRUE, CORRECT,
AND COMPLETE. WITH ALL RELATED ENDORSEMENTS
FRONT AND BACK. PRE-PAID EXEMPT FROM LEVY.
ADJUST ACCOUNT AND RELEASE THE ORDERS TO
THE AUTHORIZED REPRESENTATIVE IMMEDIATELY.
DATE: December 15, 20XX  EXEMPTION NO.:
/s/ Colie Leira Long ©
COLIE L. LONG ©

JUDGE: WINFIELD          , SUSAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
      99999999     BOND CASH PCT:
BOND ACTION CODE:

12/8/1997
JUDGE: WINFIELD          , SUSAN
DEFENSE ATTY: BAER
MITCHELL S
BOND STATUS: D.C. CODE 23-1325(A)
      99999999     BOND CASH PCT:
BOND ACTION CODE:

12/1/1997
JUDGE: WINFIELD          , SUSAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:   2   3   4   5

              CONT. DATE: 12-08-1997  FOR:
JURYTRIAL
BOND STATUS: D.C. CODE 23-1325(A)
      99999999     BOND CASH PCT:
BOND ACTION CODE:

8/5/1997
JUDGE: WINFIELD          , SUSAN
DEFENSE ATTY: BAER
MITCHELL S
CONTINUED:   2   3   4   5

              CONT. DATE: 12-         FOR:
JURYTRIAL
BOND STATUS: D.C. CODE          -1325(A)
      99999999     BOND
BOND ACTION CODE:

8/4/1997
JUDGE: WINFIELD
DEFENSE ATTY: MCGUAN
DANIEL J
CONTINUED:

STATUS HEARING
BOND STATUS: D.C. CODE
      99999999     BOND
BOND ACTION CODE:

5/28/1997
JUDGE: WINFIELD
                              , SUSAN
DEFENSE ATTY: MCGUAN
DANIEL J
CONTINUED:   2   3   4   5

              CONT. DATE: 08-04-1997  FOR:
JURYTRIAL
BOND STATUS: D.C. CODE 23-1325(A)
      99999999     BOND CASH PCT:
BOND ACTION CODE:

5/27/1997
MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MOTION TO SUPPRESS IDENTIFICATION
TESTIMONY OF LYNN THOMAS AND
MEMORANDUM IN SUPPORT THEREOF
OPPOSITION FILED: 00-00-0000     HEARING
DATE: 00-00-0000     DISP:
  DISP DATE: 00-00-0000

5/20/1997
MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MOTION TO SEVER COUNTS AND MEMORANDUM
OF LAW IN SUPPORT THEREOF
OPPOSITION FILED: 00-00-0000     HEARING
DATE: 00-00-0000     DISP:
  DISP DATE: 00-00-0000

5/19/1997
MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL
DESC: MTN FOR CONT. OF TRIAL.
OPPOSITION FILED: 00-00-0000     HEARING
DATE: 00-00-0000     DISP:
  DISP DATE: 00-00-0000

5/1/1997
MOTION FILED BY: DEFENSE          TYPE:
PRE-TRIAL

THIS PRESENTMENT IS ACCEPTED FOR ASSESSED VALUE AND RETURN IN EXCHANGE FOR SETTLEMENT AND CLOSURE OF THIS ACCOUNTING CERTIFIED AND SWORE ON THE COMMERCIAL LIABILITY OF THE AUTHORIZED REPRESENTATIVE AS TRUE, CORRECT, AND COMPLETE, WITH ALL RELATED ENDORSEMENTS FRONT AND BACK. PRE-PAID EXEMPT FROM LEVI. ADJUST ACCOUNT AND RELEASE THE ORDERS TO THE AUTHORIZED REPRESENTATIVE IMMEDIATELY

DATE December 15, 2006   FOR EXEMPTION NO.

/S/ Collie Levon Long @
Collie L. Long @

OPPOSITION FILED: 00-00-0000   HEARING
DATE: 00-00-0000   DISP:
   DISP DATE: 00-00-0000
MOTION FILED BY: DEFENSE                TYPE:
PRE-TRIAL
DESC: MTN TO SUPPRESS STATEMENTS
OPPOSITION FILED: 00-00-0000   HEARING
DATE: 00-00-0000   DISP:
   DISP DATE: 00-00-0000
JUDGE: WINFIELD            , SUSAN
DEFENSE ATTY: MCGUAN
DANIEL J
CONTINUED:   2   3  .4   5

1/31/1997

              CONT. DATE: 05-28-1997  FOR:

JURYTRIAL
BOND STATUS: D.C. CODE 23-1325(A)
   99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD            , SUSAN
DEFENSE ATTY: NESEITT
CONTINUED:   2   3   4   5

1/21/1997

              CONT. DATE: 03-10-1997  FOR:

JURYTRIAL
BOND STATUS: D.C. CODE 23-1325
   99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD
DEFENSE ATTY: NESEITT
CONTINUED:   2   3

12/2/1996

JURYTRIAL
BOND STATUS:
   99999999
BOND ACTION CODE:
JUDGE: WINFIELD
DEFENSE ATTY: NESEITT                     , LEROY
CONTINUED:   2   3

11/27/1996

              CONT. DATE: 12-0  -1996  FOR:

STATUS HEARING
BOND STATUS: D.C. CODE 23-1325(A)
   99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD            , SUSAN
DEFENSE ATTY: NESEITT                     , LEROY
GRAND JURY:   1
BOND STATUS: D.C. CODE 23-1325(A)
   99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD            , SUSAN
DEFENSE ATTY: NESEITT                     , LEROY
DISPOSED:   1
BOND STATUS: D.C. CODE 23-1325(A)
   99999999    BOND CASH PCT:
BOND ACTION CODE:
JUDGE: WINFIELD            , SUSAN
DEFENSE ATTY: NESEITT                     , LEROY
CONTINUED:   1

11/14/1996

3/28/1996

3/20/1996

              CONT. DATE: 03-28-1996  FOR:

PRELIMINARY HEARING
BOND STATUS: D.C. CODE 23-1325(A)
   99999999    BOND CASH PCT:
BOND ACTION CODE:

### \*\*\* REQUEST FOR REMEDY \*\*\*

On DECEMBER 15,ᵗʰ 2006        , I, Colie L. Long/Creditor, executed a Banker's Acceptance for the **Original Charging Instrument/Charge/Open Account F-2346-96 PCT Public Charitable Trust 99999999**, through use of my U.C.C. Contract Trust Account (Private Priority Exemption No. 579133322). By my Acceptance for Value of the Charging Instruments, I have duly accepted; the facts of the case (No. F-2346-96), the law of the case (F-2346-96), the parties to the case (F-2346-96), the jurisdiction of the case (F-2346-96), and the responsibility of discharging any and all claim(s)/debt(s) and/or liability incurred against COLIE L. LONG'S/DEBTOR'S IMF (Individual Master File) through the aforementioned case No. F-2346-96.

Therefore, I request that the above mentioned case No. F-2346-96 be dismissed and strickened from all public records and that the order of release be issued for Colie L. Long/Creditor, releasing the flesh and blood body of the Living Principal from the custody of the Department of Corrections, Bureau of Prisons and Attorney General.
Any denial of this **Request for Remedy** will constitute a violation of, but not limited to; Dishonor of Presentment (U.C.C. 3-602), Failure of Ordinary Care of Presentment (U.C.C. 4-202), Electronic Fund Transfer Fraud (Felony) and all Agents of the courts associated with case No. F-2346-96 will become **TAX DELINQUENT** and legally vulnerable to **Tort Claim**.

By Law, **All** Public Officials/Officers are fiduciaries, Compliance is Mandatory.

Without Prejudice,

*Colie Lewis Long*

Colie L. Long(c)(r)TM
Secured Party/Creditor
Holder-in-due-Course
Authorized Representative on behalf of
DEBTOR COLIE L. LONG-ENS LEGIS
Private Priority Exemption No.~~██████~~

### ACKNOWLEDGEMENT/JURAT

STATE OF VIRGINIA )
                  )ss.
COUNTY OF LEE     )


I, _____, a Notary Public for the Commonwealth of Virginia in the County of Lee, herein Certify that Colie L. Long(c)(r)TM did appear before me and duly executed the foregoing document/Request for Remedy.

SUBSCRIBED TO AND SWORN before me this_____ day of _____, 2006.


_____ (Seal)
     Notary Public

My Commission Expires_____

## \* \* \* N O T I C E   O F   W A I V E R \* \* \*


The Creditor, Colie L. Long(c)(r)TM will be using his Exemption
to Accept for Value and Return for Value the Charging Instrument/Indictment
in exchange for settlement and closure of Account Case No. F-2346-96.
The Creditor will suggest that the Court waive any Public Administrative
fees for filing the Notice of Acceptance or secure any fees by performing an
adjustment and off-set through the use of my Private Priority Treasury U.C.C.
Contract Trust Account.


                              Without Prejudice,

                              _Colie Long Long_
                              _____
                              Colie L. Long(c)(r)TM
                              Secured Party/Creditor
                              Holder-in-due-Course
                              Authorized Representative on behalf of
                              DEBTOR COLIE L. LONG-ENS LEGIS
                              Private Priority Exemption No. ▆▆▆▆


County of Lee
State of Virginia

SUBSCRIBED TO AND SWORN before me this _____15th_____ day of _December_ , 2006

_____ (SEAL)
       Notary Public                      My Commission Expires _December 31 2008_

# Exhibit 9

08 1334

**FILED**

AUG - 1 2008

Clerk, U.S. District and
Bankruptcy Courts

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA )
                                           )
                                           )
                  vs.                      )                    Case No. F-2346-96
                                           )
                                           )
Colie L. Long                              )
Secured Party/Creditor                     )
Holder-In-Due-Course          2007 FEB 13  A 9:38
Attorney-In-Fact                           )
Claimant                                   )

_____/

## Appearance Brief

### J U R I S D I C T I O N

in reference to 28 U.S.C. 1333) and/or 1337 this action is within the
jurisdiction of **Admiralty/Maritime** by special appearance and in accordance
to Rule 9(h) of the Federal Rules of Civil Procedure.

    Come now the Third Party Intervenor in behalf of Defendant to 'NOTICE' the
Court that the Third Party Intervenor has Accepted for Value the Prosecutor's
(U.S. **Attorney Kathleen O'Connor**) offer and agree to perform to... [the balance
of term of imprisonment] and/or [the payment of the fine/judgement] upon Proof
of claim. The prosecutor has failed to show proof on the face of the Charging
Instrument/True Bill Indictment the liability of the Defendant nor does the
Defendant assume liability to the **UNITED STATES OF AMERICA** or **THE DISTRICT OF
COLUMBIA'S** Statutes/Laws/Codes/ inwhich the Defendant is Charged under therefore
Ms. Kathleen O'Connor has stated a Claim upon which relief cannot be granted. All
of the Facts are before the Court and so are the following: Private Agreement(i.e.
Acceptance and Return for Value of all Charging Instrument(s) including but not
limited to the Criminal Complaint, Arrest Warrant, COUNTERCLAIM/SET-OFF, BOND ON
COUNTERCLAIM/SET-OFF, Notice of Banker's Acceptance, Notice Request for Waiver,
Notice for remedy. All Charging Instruments Stamp Accepted For Value.

1 of 2

Without Prejudice

_Colie Lewas Long_
Colie L. Long(c)(r)TM
Secured Party/Creditor/Claimant
Holder-In-Due-Course
Authorized Representative on behalf
of DEBTOR COLIE L. LONG<sup>c</sup>ens Legis

## JURAT

As a Notary for the Commonwealth of Virginia and in the County of Lee I do
hereby certify that on this 15th day of December ,2006 that Colie L. Long
the above mention Claimant/Secured Party/Creditor appeared before me and executed
the foregoing instrument.


WITNESS MY HAND AND SEAL

_signature_ (Seal)
Notary Public


December 31, 2008
My Commission Expires



2 of 2

# Exhibit 10

08 1334

**FILED**

AUG - 1 2008

Clerk, U.S. District and
Bankruptcy Courts

3

Certified Mail No.#
Bill of Lading No.#

emption No.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### 'Within The Admiralty'

SUPERIOR COURT                )
OF THE DISTRICT OF COLUMBIA )
CREDITOR/HOLDER             )
                            )
       vs.                  )
                            )
COLIE L. LONG               )
DEBTOR/DEFENDANT            )

SUPERIOR COURT   No. F-2346-96

D.C. Court of Appeals No.

98-CF-1425 & 98-CF-1088

## C O U N T E R C L A I M
### S E T - O F F

Colie  L. Long(c)(r)
Secured Party/Creditor
Holder-In-Due-Course
Attorney-In-Fact
Claimant

Court File No.#

UCC-Filing No.#

        vs.

DISTRICT OF COLUMBIA
    (SUPERIOR COURT)

### JURISDICTION

In reference to 28 U.S.C. 1333 and/or 1337 this action is within the jurisdiction of **Admiralty/Maritime** by special appearance  and in accordance to Rule 9(h) of the Federal Rules  of Civil Procedure.

Whereas Secured Party completed, finalized and perfected a security interest in COLIE L. LONG, **F.B.I. #193040 CB5**, DEBTOR, **USM# 09041-007**, (hereinafter DEBTOR). The Secured Party is now Holder-In-Due-Course, Record Owner, and Trade Name Owner of DEBTOR from any and all claims of Civil and/or Criminal.

Therefore Secured Party places this COUNTERCLAIM upon the **DISTRICT OF COLUMBIA** as Holder-In-Due-Course of DEBTOR regarding this action, by the **DISTRICT OF COLUMBIA** who is hereby further barred from **ALL** past claims, and from bringing any further claims, actions or any of the likes, against the DEBTOR in the future or at any time. Secured Party invokes Sole Sovereignty over said DEBTOR concerning **DISTRICT OF COLUMBIA'S** charging documents, among any and all other documents/instruments/presented by same.

Based on this documentary evidence, the Secured Party request of the Court that the DEBTOR be discharged from any further indebtness to the **DISTRICT OF COLUMBIA;** that all Collateral be return to the DEBTOR and the ORDER(S) of the Court be released to the Secured Party immediately.

## IT IS HEREBY ORDERED THAT

1. The above mentioned Defendant, the **DISTRICT COURT OF COLUMBIA** and any of it's Actors, Agents, Officers, and Employees have acted in **BAD FAITH** and it is hereby ORDERED that the **DISTRICT OF COLUMBIA** is barred from all past claims and from bringing any further claims/actions against DEBRTOR and/or Secured Party now or any time in the future.

2. It is ORDERED that all Collateral held by the **DISTRICT OF COLUMBIA** be returned to DEBTOR and that DEBTOR be discharged from any further liability/indebtness to the **DISTRICT OF COLUMBIA.**

3. IT IS FURTHER ORDERED that the Secured Party Colie L. LOng(c)(r)TM, who is also being held and used as Collateral for the DEBTOR be **immediately released from the custody of the UNITED STATES OF AMERICA, BUREAU OF PRISONS, UNITED STATES PENITENTIARY/ WAREHOUSE located at JONESVILLE, VIRGINIA-COUNTY OF LEE P.O. BOX 305** Zip.#24263 as well as any other form of detainment by any other STATES, CITY, COMMONWEALTH AGENCY and/or FEDERAL AGENCY.

2 of 4

4. Further it is also ORDERED that Secured Party, Colie L. Long(c)(r)TM, copyrighted property be Strickened from your Records immediately per this COUNTERCLAIM with BOND attached.

## * * * S P E C I A L   P R O V I S O * * *

I, Colie L. Long(c)(r)TM, sui juris, (hereinafter Secured Party), hereby grant this special proviso Granting limited jurisdiction for the purpose of Extinguishing all past charges barring my Exclusive Private Property, i.e. COLIE L. LONG (hereinafter DEBTOR), which is registered in the Commercial Registry as a TRANSMITTING UTILITY.

Wherein the personal Private Property of the Secured Party is adversely affected due to confinement of property and/or the physical body in this COUNTERCLAIM, and where the operation and use of the Transmitting Utility MUST be used in order to release the Property in this COUNTERCLAIM is HEREBY GRANTED.

This special proviso in no way shall derogate the actions, rights and remedies afforded to the Secured Party, Colie L.Long(c)(r)TM.

No Use of Trade Name shall be permitted, and any action against Secured Party and/or DEBTOR using Trade Name COLIE L. LONG, except as expressly granted by both parties, i.e. Secured Party/Creditor/Sovereign and Trade Name Owner or DEBTOR, COLIE L. LONG is expressly forbidden and infringement on such will be deemed as a Criminal Trespass.

## O A T H   O F   S E C U R E D   P A R T Y
## C R E D I T O R

I, Colie L. Long(c)(r)TM, sui juris depose and say that I am the Secured Party/ Creditor in the above mentioned COUNTERCLAIM, and all statements are True, Correct, Certain and not meant to mislead.

Without Prejudice

*Colie Levar Long*

Colie L. Long(c)(r)™
Secured Party/Creditor
Holder-In-Due-Course
Attorney-In-Fact, on behalf of
DEBTOR **COLIE L. LONG (C)**

I, _Misty Nichols_ , a Notary Public for the Commonwealth of Virginia in the County of Lee hereby certify that on this _15th_ day of _December_ ,2006 that _Colie L. Long_ the above mentioned Claimant/Secured Party, appeared before me and executed the forgoing instrument.

**JURAT**

**COMMONWEALTH OF VIRGINIA** )

)ss.

**COUNTY OF LEE** )

**SUBSCRIBED AND DECLARED TO BEFORE ME THIS** _15th_ **day of** _December_ ,2006

_Misty Nichols_
Notary Public

_December 31, 2008_
My Commission Expires

cc.Court Administrative Office
    Risk Management Office

4 of 4

# Exhibit 11

08 1334

**FILED**

AUG - 1 2008

Clerk, U.S. District and
Bankruptcy Courts

Certified Mail No.#                                    Exception No.#511/85522
Bill of Lading-

**SUPERIOR COURT**
**OF THE DISTRICT OF COLUMBIA**
**"Within the Admiralty"**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA )          Case No.#
                                           )                  F-2346-96
        Creditor/Holder                    )
                                           )
        PLAINTIFF                          )
                                           )
            vs.                            )
                                           )
                                           )
        COLIE L. LONG                      )

        DEBTOR-ENS LEGIS

        DEFENDANT


**B O N D   O N**
**C O U N T E R C L A I M / S E T - O F F**

Colie L. Long(c)(r)                                   Claim No.#11191977
Secured Party/Creditor                               UCC-Filing No.#
Holder-in-due-Course                                 2006205062-1
     Sovereign

     vs.

Superior Court of the District of Columbia
     Defendant                                       EXPARTE ORDER
                                                     FOR RELEASE

     In reference to 28 U.S.C. 1333 or 1337 this action is within the jurisdiction

of the admiralty/maritime, by special appearance and in accordance to Rule 9(h)

of the Federal Rules of Civil Procedure.


1 of 3

SUPPLEMENTAL RULES CERTAIN ADMIRALTY

AND MARITIME CLAIMS RULE E (7)


## S E C U R I T Y   O N   C O U N T E R C L A I M S

I, Colie L. Long(c)(r)TM, Secured Party/Creditor for the DEBTOR **COLIE L.
LONG**[c] POST this herein SECURITY ON COUNTERCLAIM in the above referenced Case
No.#**F-2346-96** in the sum certain amount of Ninety-nine million nine-hundred
ninety-nine thousand nine-hundred ninety-nine United States Dollars-U.S.
$99,999,999.00.  This SECURITY ON COUNTERCLAIM is POSTED through Colie L.
Long(c)(r) Private Priority Exemption:  #**579133322.**


EXECUTED on this ___15___ day of _December_____, 2006 C.E.



                                        Without Prejudice

                                        _Colie Levre Long_ ©
                                        Colie L. Long(c)(r), sui juris
                                        Secured Party/Creditor
                                        Attorney-in-Fact
                                        Holder-in-due-Course

### OATH OF SECURED PARTY/CREDITOR


I, Colie L. Long(c)(r)TM, sui juris, depose and say under the penalty of
perjury of the laws of the Commonwealth of Virginia, that I am the Secured
Party Claimant in the above mentioned SECURITY ON COUNTERCLAIM, and all statements
are true, correct, certain and not meant to mislead.



_Colie Levre Long_ ©
Colie L. Long(c)(r)
Secured Party/Creditor
Holder-in-due-Course


                            2 of 3

## ACKNOWLEDGEMENT/JURAT

*Colie Levar Long*

STATE OF VIRGINIA )
                  )ss.
COUNTY OF LEE     )

I, _____Westin Nichols_____, a Notary Public for the Commonwealth of
Virginia, in the County of Lee, certify that Colie L. Long(c)(r)TM1977, Secured
Party/Creditor and the Authorized Representative for **COLIE L. LONG/LONG, COLIE L.,
LEVAR COLIE LONG, C.L. LONG**, appeared before me and duly executed the foregoing
COUNTERCLAIM/SET-OFF and BOND ON COUNTERCLAIM/SET-OFF; along with attachments,
UCC 1 Financing Statement No.#**5006905062-1** (STATE OF MICHIGAN) to the Clerk of
the SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.

Colie L. Long(c)(r)TM, executed the foregoing COUNTERCLAIM/SET-OFF and BOND
ON COUNTERCLAIM/SET-OFF in the sum certain amount of Ninety-nine million Nine-
hundred Ninety-nine thousand nine-hundred ninety-nine United States Dollars U.S.
$99,999,999.00, to be posted in the cause/case/action: **F-2346-96**, through my
Private Priority Exemption No.#579133322.

SUBSCRIBED AND SWORN to before me this ___15th___ day of __December____, 2006.

_____(SEAL)
Notary Public

__December 31 2008__
My Commission Expires

cc. Court Administrative Office
    Risk Management Office

SECURITY ON COUNTERCLAIMS          3 of 3

# Exhibit 12

08 1334

**FILED**

AUG - 1 2008

Clerk, U.S. District and
Bankruptcy Courts

**\* \* \* N O T I C E   O F   W A I V E R \* \* \***

The Creditor Colie L. Long(c)(r) TM will be using his Exemption to secure this Bond. The Creditor will suggest that either the Court waive the Public Administrative fee for registering the Bond or Secure the fee by the performing an adjustment and set-off through the use of my Private Priority Treasury UCC Contract Trust Account.

Without Prejudice

*Colie Levar Long*

Colie L. Long(c)(r)TM
Secured Party/Creditor
Holder-In-Due-Course
Attorney-In-Fact, on behalf of the
DEBTOR-COLIE L. LONG ENS LEGIS
Private Priority Exemption No. ███████

WITNESS MY HAND AND MY SEAL on this 22nd day of December, 2006.

_____ (Seal)          December 31, 2008
Notary Public                        My Commission Expires

1 of 1

# EXHIBIT

# 2

Colie L. Long
c/o 
Washington, D.C.
Secured Party

Kaye K. Christian
SUPERIOR COURT OF
THE DISTRICT OF COLUMBIA
500 INDIANA AVE. N.W.
WASHINGTON, D.C. 20001

RECEIVED
NOV 14
CHAMBERS OF
KAYE K. CHRISTIAN

# AFFIDAVIT OF TRUTH

Washington )
)ss
District of Columbia )

RE: UNITED STATES OF AMERICA v. COLIE L. LONG #F-2346-96

> "Indeed, no more than (Affidavits) is necessary
> to make the prima facie case." United States v.
> Kis, 658 F.2d, 526, 536 (7th Cir. 1981); Cert
> Denied, 50 U.S. L.W. 2169; Ct. March 22, 1982.

1.       That I Colie L. Long, a living, Breathing man, being first duly sworn, depose, say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

2.       That the Affiant is a flesh and blood man, and is **Sovereign** in a collective capacity with other **Sovereigns**.

3.       that Affiant's rights "...exist by the law of the land long antecedent to the organization of the State." (Hale v. Henkel, 201 U.S. 43)

4.       That Affiant's rights exist even in light of the **U.S. Bankruptcy** also known as the **National Emergency** and that includes the right of redemption.

5.       That Affiant filed a U.C.C-1 Financing Statement (U.C.C.-1) with the MICHIGAN DEPARTMENT OF STATE (filing number 2006205062-1) on December 11. 2006 to perfect a Security Interest to initiate redemption as a matter of right.

6.   That Affiant, a Secured Party/Creditor and Authorized Representative of the corporate fiction /entity/Debtor (ENS LEGIS) identified as COLIE L.LONG under necessity.

7.   That the Affiant caused to be filed, a **Superior Security Interest and Lien** upon the property of the Debtor and in the Debtor's name filed "First in Line and First in Time", over and above the United States of America/Superior Court of the District of Columbia, and all property is exempt from levy.

8.   That the United States of America can not show nor provide a **Superior Interest** in the said property as identified upon the Security Agreement held by the Affiant and recorded/filed in the commercial registry on said U.C.C.-1 Financing Statement File Number 2006205062-1 in the state of Michigan on December 11, 2006.

9.   That the Affiant/Secured Party, Colie levar Long is flesh and blood and the fiction/Debtor/ENS LEGIS, **COLIE L. LONG** as appearing upon any U.C.C.-1 filing is artificial and was created in contemplation of the Law (Commerce) **AND THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.**

10.   That any injury caused by the United States of America/Superior Court Judge Kaye K. Christian, and any and all agents acting on behalf of the United States of America, in her/their failure to <u>return</u> Affiant's property, i.e. Debtor COLIE L. LONG, held as collateral under case # F-2346-96 or in the alternative, satisfy the lien placed upon the Debtor COLIE L. LONG, by the Affiant and recorded on the U.C.C.-1 Financing Statement Filing number 2006205062-1 filed in the state of Michigan, in the amount of $100,000,000.00, agree to such injury and to the associated damages as established by the Affiant and the state of Michigan by the said U.C.C.-1 Financing Statement. The United States of America by and through its agents by said agreement is estopped from defense or rebuttal in the matter and agree that the Affiant may proceed by Tort for said damages.

11.   That this Affidavit, if not rebutted point for point by any person representing the United States of America at any level, in any matter at any time within seven (7) days upon receipt of this Affidavit, these facts stand as true in both the private and public record.


**AFFIDAVIT OF TRUTH No.# CLL-AOT-77**

NOTE: **Maxim of Law:** 1. In Commerce-Truth is sovereign. 2. For a matter to be resolved, it must be expressed. **Point of Law:** Silence equates to agreement.

Further Affiant Sayth Not.

Done this __31__ day of ___October___, 2007 A.D.


"Without Prejudice"

Authorized Representative, Attorney-in-Fact

for COLIE L. LONG, ENS LEGIS

## ACKNOWLEDGEMENT

Subscribed To And Sworn before me this __31st__ day of ___October___,

2007, a Notary Public, that Colie Levar Long, Personally appeared and known to me to

be the man whose name subscribed to the within instrument and acknowledged to be the

same.

Notary Public

My commission expires
9/30/2012

**AFFIDAVIT OF TRUTH No.# CLL-AOT-77**

Certified Mail No. #7007 1490 0003 2161 6254



## NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

To: Kaye K. Christian
    D.C. Superior Court Judge
    Superior Court of the
    District of Columbia
    500 INDIANA AVE. N.W.
    Washington, D.C. 20001

Date: *11-18-07*

Dear Kaye K. Christian, D.C. Superior Court Judge,

On November 9, 2007, the undersigned Secured Party caused to be sent to you an **Affidavit of TRUTH** REGARDING **"Property"** obtained/retained by the United States of America by way of the Superior Court of the District of Columbia as collateral in/for case number **#F-2346-96 UNITED STATES OF AMERICA v. COLIE L. LONG.**

You failed to perform after receiving this presentment/Affidavit from me Colie Levar Long. Your failure to rebut my Affidavit point for point upon your receipt of said Affidavit and in the time frame allotted in said Affidavit, constitutes your agreement and the points raised in my Affidavit of Truth stand as true/facts in both the private and public records.

As the respondent you are now in fault and you are in agreement and have stipulated to the terms of the undersigned's dated presentment/Affidavit of Truth through your dishonor. You have the right, however, to cure this fault and perform according to said terms within three (3) days from postmark of this Notice.

Should you fail to cure your fault, I will establish an **Affidavit of Default** and obtain a

**CERTIFICATE OF NON-RESPONSE** pursuant to and relative to the Uniform

Commercial Code, D.C. Statute and otherwise.


Thank you for your prompt attention to this matter.


Sincerely,


Without Prejudice

Authorized Representative,

Attorney-in-fact,

*Colie Levac Long* ©

Secured Party Creditor

On behalf of COLIE L. LONG,

ENS LEGIS.

Certified Mail No.# <u>7007 1490 0003 2161 6261</u>

RECEIVED
JAN 1 8 2008
CHAMBERS OF JUDGE
KAYE K. CHRISTIAN

Colie Levar Long
C/O███████████████
Washington, D.C. 20019
Secured Party


Kaye K. Christian
D.C. Superior Court Judge
Superior Court of the
District of Columbia
500 Indiana Ave. N.W.
Washington, D.C. 20001


## AFFIDAVIT OF NOTICE OF DEFAULT


Washington          )
                    )ss.
District of Columbia )

RE: UNITED STATES OF AMERICA v. COLIE L. LONG
     Case No. #F-2346-96

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT


    **I, Colie Levar Long, herein "Affiant", having been duly swoon, declares that by affidavit that of the non-response of the Respondent(s)/Parties, i.e. Kaye K. Christian, D.C. Superior Court Judge, to the contract entitled, AFFIDAVIT OF TRUTH,** hereinafter, are in full agreement regarding the following:

1. That Affiant is competent to state the matters in his declaration, has knowledge of the facts, and declared that to the best of the Respondent(s)/Parties, i.e. Colie Levar Long, D.C. Superior Court Judge, to the contract entitled, **AFFIDAVIT OF TRUTH**, herein, are in full agreement regarding the following:
2. That Affiant is the Secured Party, superior claimant, holder in due course and principal creditor having a registered priority lien hold interest to all property held in the name of the Debtor ; COLIE L. LONG, evidence by the U.C.C.-1 Financing Statement# 2006205062-1 filed in Michigan on December 11, 2006.
3. That Respondent, Kaye K. Christian, is herein addressed in her private capacity, but in her public capacity as Superior Court Judge for the District of Columbia, is

participating in a commercial enterprise with her co-business partners (or employees), including but not limited to Superior Court of the District of Columbia and overall the United States of America, hereinafter collectively referred to as **"Respondent"**.

4. That the governing law of this private contract is the agreement of the parties supported by the Law Merchant and applicable maxims of law;

5. That Affiant on November 9th 2007, caused to be sent an **AFFIDAVIT OF TRUTH** to the Respondent expressing the fact that Affiant has a Superior Claim/Security Interest in Debtor COLIE L. LONG and any and all property in the name of said Debtor filed 'First in Line and First in Time' over and above the claim of the United States of America by way of the Superior Court for the District of Columbia and that all property is exempt from levy.

6. That Affiant stated in his **Affidavit of Truth** sent to Respondent on November 9th 2007, that any injury caused by the respondent in Respondent's failure to return Affiant's property, i.e. Debtor COLIE L. LONG held as collateral under case number# F-2346-96 or in the alternative satisfy the lien placed upon the Debtor COLIE L. LONG, by the Affiant and recorded on the U.C.C.-1 Financing Statement filing number 2006205062-1 filed in the state of Michigan, in the amount of $100,000,000.00, agrees to such injury and to the associated damages as established by the Affiant and the Michigan Department of State by the filing of said U.C.C.-1 Financing Statement. That the Respondent is estopped from defense rebuttal in the matter and agree that the Affiant may proceed by Tort for said damages.

7. That Respondent had a total of ten (10) days to respond to Affiant's **Affidavit of Truth**, point for point, however elected to remain silent or otherwise refused to provide a rebuttal to Affiant's **Affidavit of Truth** and therefore has failed to state a claim upon which relief can be granted and has agreed and stipulated to the facts and has agreed by tacit agreement to the facts expressed in the undersigned's **Affidavit of Truth.**

8. That Respondent has dishonored Affiant's **AFFIDAVIT OF TRUTH** by not responding to or fulfilling the obligations expressed in Affiant's Affidavit of Truth, namely the release of the property, i.e. Debtor **COLIE L. LONG** and all property in the name of said Debtor to the Secured Party **Colie Levar Long**, after affiant had established for the record, and of which Respondent has agreed to, that **COLIE L. LONG** and Colie Levar Long are two separate entities for one is fiction/Corporate Entity created in contemplation of the law, i.e. **COLIE L. LONG** and the other is a live, flesh and blood man, i.e. **Colie Levar Long.** This **Dishonor** is now deemed a charge against the Respondent and Respondent is in full agreement.

Further Affiant Sayth not.

Date this _____ day of _____ ,2008

Without Prejudice

_Colie Levar Long_

Colie Levar Long © (r)
Secured Party Creditor/Authorized
Representative on behalf of Debtor
COLIE L. LONG, ENS LEGIS

# ACKNOWLEDGEMENT

As a Notary Public for the District of Columbia, I do hereby certify that on this _____ day
of _____, 2008 the above mentioned appeared before me executed the
foregoing. Witness my hand and seal:

_____ (Seal)
Notary Public                                My Commission Expires _____

Certified Mail Number # 7007 1490 0003 2161 6292

Colie Levar Long
C/O ███████████
Washington. D.C. 20019

Kaye K. Christian
D.C. Superior Court Judge
Superior Court of the
District of Columbia
500 Indiana Ave. N.W.
Washington. D.C. 20001

**Re: Priority Claim over Physical Property held/used as collateral under case
Number # F-2346-96, UNITED STATES OF AMERICA v. COLIE L. LONG.**

# JUDGEMENT

This Judgement was created through the Administrative process and the following facts
are established through the same:

1. That the Affiant, Colie Levar Long, whose name is spelled properly in accord
   with the English grammar in upper and lower case letters, is a real live, flesh and
   blood man and is sovereign in a collective capacity with other sovereigns.

2. That Affiant's right's "...exist by the law of the land long antecedent to the
   organization of the State." (Hale v. Henkel, 201 U.S. 43).

3. That Affiant's right's exist even in light of the U.S. Bankruptcy also known as the
   National Emergency and that includes the right of redemption.

4. That COLIE L. LONG, whose name is spelled in all upper case letters as is
   common practice when spelling the name of corporations, is in fact a corporation
   that was created in contemplation of the law (Commerce).

5. That Affiant, Colie Levar Long, whose name is spelled properly in accord with
   the English grammar, is a living and breathing flesh and blood man and is a
   separate entity from the corporation/Ens Legis COLIE L. LONG whose name is
   spelled in all upper case letters as is common practice when identifying corporate
   fictions.CLL-JUD-77

6. That Affiant, Colie Levar Long, filed a U.C.C.-1 Financing Statement with the
   Michigan Department of State (Filing Number 2006205062-1) on December 11,
   2006 to perfect a Security Interest to initiate redemption as a matter of right.

CLL-JUD-77

7.  That the Affiant, Colie Levar Long, is the Secured Party Creditor and Authorized Representative of the corporate fiction-entity/Debtor (Ens Legis) identified as COLIE L. LONG under necessity.

8.  That the Affiant, Colie Levar Long, caused to be filed a Superior Security Interest and Lien upon the property of the Debtor and in the Debtor's name filed first in line and first in time, over and above the United States of America and that all property is exempt from levy.

9.  That the United States of America cannot show nor provide a superior interest in the said property as identified upon the Security Agreement held by the Affiant, Colie Levar Long. (See for reference; Wynhammer v. People, NY 378).

10. That the Affiant/Secured Party is flesh and blood and the corporate fiction/Debtor/Ens Legis as appearing upon any U.C.C.-1 filing is "artificial" and was created in contemplation of the law (commerce). **And the two are not the same, for one is real and the other is fiction.**

11. That any discrimination or injury caused by the United States of America to recognize the two distinct entities, the one real and the other artificial agrees to such injuries and to the associated damages as established by the Affiant and the State, by and through its agents by said agreement, is estopped from defense or rebuttal in the matter and agrees that the Affiant may proceed by Tort for damages.

12. That this Judgement stands as true/fact in both the private and public record as evidenced by the failure/refusal of the United States of America or any of it's agents to rebut Affiant, Colie Levar Long's **Affidavit of Truth** point for point.

Without Prejudice
Authorized Representative, Attorney-in-Fact

*Colie Lavar Long*

for **COLIE L. LONG©**, Ens Legis

**WITNESS BY:**

A Notary public for the District of Columbia who do certify that on this __12__ day of __February__, 2008 the above mentioned appeared before me and executed the foregoing. Witness my hand and seal.

_____    My Commission Expires_____
Notary Public    **MARTHA KELLY ARDAYA**
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 31, 2012

CERTIFIED MAIL NUMBER_____

**Debtor:**

**Kaye K. Christian**
**SUPERIOR COURT OF**
**THE DISTRICT OF COLUMBIA**
**500 INDIANA AVE. N. W. Washington, D.C> 20001**

COURT OF THE
COLUMBIA
MENT BRANCH

2008 APR 11  P 1: 27

FILED

## NOTICE OF SUBSTITUTION OF TRUSTEE

### Contract No. CLL-AOT-77

Washington            )          **NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

                      ) ss.      **NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

District of Columbia   )


    I, Colie Levar Long, herein "Creditor," hereby state that I am competent to make the following statements, have knowledge of the facts stated herein, that they are true, correct, complete and not meant to mislead and are presented in good faith:

1. The corporations entitled UNITED STATES OF AMERICA, UNITED STATES, WASHINGTON, D.C., and THE DISTRICT OF COLUMBIA and above named, herein "Debtors," are **Bankrupt** and must operate pursuant to House Joint Resolution 192, June 5, 1933. The above corporations have been using the credit of Creditor since his birth, ~~November 19, 1984~~ without remuneration to Creditor;

2. Creditor has accepted all offers and returned them to the above named Debtors thereby discharging all controversy and all charges. Debtors then claimed the charge still exists and therefore are liable for the debt.

3. Creditor has accepted all offers and claims issued by Debtors and returned them to Debtors for proper processing. Debtors failed to provide a remedy and is operating out side the UNITED STATES Bankruptcy-a criminal offense;

1

4. Debtors are holding the charging instrument, but has failed to provide Creditor with a copy the 1099 Original Issue Discount, therefore Debtors are TAX DELINQUENT since the claim is considered to be Creditor's exemption;

5. Creditor has timely noticed Debtors and has properly commenced and concluded a perfected security interest against Debtors. The perfected security interest, Contract No. CLL-AOT-77 herein "Contract," includes all notices including a Certificate of Non-Response (Dishonor), herein "Information," issued by a Public Official.

## TERMS AND CONDITIONS

1. Henry Paulson, the chapter 11 bankruptcy trustee for the UNITED STATES, is hereby given a final opportunity to execute an Acceptance for Honor if he wishes to save the honor of the Debtors by giving Creditor a remedy. In the event Henry Paulson. does not wish to save the honor of Debtors, it will constitute Henry Paulson's consent for substitution of trustee, whereas Creditor will designate an assignee of his choice to liquidate all of Debtor's property in a foreign proceeding pursuant to Contract # CLL-AOT-77;

2. Debtor has ten (10) days from the postmark on this mailing to provide remedy, regarding this matter. In the event Debtor s fail to provide a remedy, Creditor will accept evidence of Debtor's dishonor as a refusal to volunteer into the bankruptcy remedy, whereby Debtors will be stripped of all immunity that UNITED STATES public policy may have otherwise afforded her. Upon dishonor, Debtors agrees in the alternative to Involuntary Bankruptcy that will be initiated on Debtors in a private capacity;

3. In the event Debtors dishonors, Debtors agree to provide a BANKRUPTCY FORM 5 in accord with 11 USCA 303 which is a property description list of all the property held in Debtor's names. Creditor will take the equity and place it for sale and proceed to liquidate the personal property for settlement of this account. Debtors additionally agree to be placed on a UCC-1 Financing Statement as DEBTOR attaching it to a Declaration of Involuntary Bankruptcy and a list of Debtor's collateral. Upon filing the UCC-1 form with the Secretary of State, the liquidation and disposition of property will be executed immediately.

Dated this____9th____of____April_____, 2008

2

_Colie Levar Long_
Colie Levar Long

## ACKNOWLEDGEMENT

As a Notary Public for the District of Columbia, I do hereby certify that on this_____9th_____day of
_____April, 2008_____the above mentioned appeared  before me and executed the forgoing.
Witness my hand and seal:

_signature_
Notary Public

My Commission Expires_____8-1-2013_____

My Comm. Exps 5 1 2008



# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

## Filing Acknowledgement

March 25, 2008

**Job Number**
U20080324-1488

**Initial Filing Number**
2006205062-1

**Filing Description**
Amendment

**Document Filing Number**
2008045546-7

**Date/Time of Filing**
03/24/2008 07:05 PM

**Debtors**

LONG, COLIE LEVAR
P.O. BOX 305
JONESVILLE VA  24263

**Secured Parties**

LONG, COLIE LEVAR
▓▓▓▓▓▓▓▓▓▓▓▓
WASHINGTON DC  20019

The attached document(s) were filed with the Michigan Secretary of State, Uniform Commercial Code Section.   The filing date and time have been affixed to each document, indicating the date and time of filing.  A filing number is also affixed and can be used to reference this document in the future.

Michigan Department of State
Jeffry C. Nickerson
Filing Officer

Michigan Department of State - Uniform Commercial Code

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

Document Number:

**2008045546-7**

Filing Date and Time:

**3/24/2008 7:05:50 PM**

*(This document was filed electronically.)*

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Washington                    DC      20002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2006205062-1 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

The following Judgement is Accepted for Value, exempt from levy and herein registered in the commercial chamber and liened at a sum certain 100,000,000.00 United States Dollars and is the private property of the Secured Party COLIE LEVAR LONG, Authorized Representative of the Debtor of record COLIE LEVAR LONG and the following documents and hereby registered in the same: Affidavit of Truth No.#CLL-AOT-77, Notice of Default and Opportunity to Cure No.#CLL-OTC-77, Affidavit in Support of Notice of Default No.#CLL-NOD-77, Notarial Protest No.#CLL-CNR-77 and Judgement No.#CLL-JUD-77. Finally, Debtor is a Transmitting Utility and is a Trust.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
|---|
| SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**

2006205062-1

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)**

THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CRIMINAL DIVISION
~~RT OF THE~~
~~OF COLUMBIA~~
~~~MENT BRANCH~~

| | | |
|---|---|---|
| Plaintiff (fiction) | ) | Case No. F-2346-96 |
| UNITED STATES OF AMERICA | ) | JUDICIAL NOTICE |
| | 2008 APR 11  P 1: 27 ) | Per Fed. Rule of Evidence 201(d) |
| v. | ) FILED | MANDATORY |
| | ) | D.C. STAT. 2-605 [Formerly 1-160 |
| Third Party | ) | |
| Colie Levar Long | ) | |

## JUDICIAL NOTICE

### REQUEST FOR APPEARANCE BOND

Comes now the "Declarant"/Third Party Intervenor (Colie Levar Long), who petitions this court to take **Judicial Notice** that on January 24th, 2007, the undersigned **requested an Appearance Bond** on his own personal recognizance, without any cost to him, so he could plead to the facts of the case. The purpose for the Appearance Bond was to enable the defendant (COLIE L. LONG, who does not dispute any of the facts in the charges), to plead to the charges and for the court to order discharge on the bond and closing of the account.

Therefore, for and on the record, let the court take **Judicial Notice** to the fact that the Third Party Intervenor (Colie Levar Long), accepts the evidentiary hearing for the defendant COLIE L. LONG's 23-110 motion (which is scheduled for April 23, 2008), and all other transactions involving the court as a matter of pu record for Absolute Value. The undersigned does not express the desire to dispute any of the facts and/or evidence of the aforementioned proceeding; however, <u>the request is made that any and all bonds be release to Third Party</u> in regards to the matter before the court.

And furthermore, it should be noted that the court take **Judicial Notice** that the Third Party request another **Appearance Bond & Personal Recognizance Bond** (without any cost to him), so he can plead to th charges/facts in the matter of case no. #F-2346-96, and allow the court to order discharge on the bonds and closing of the account #F-2346-96. Therefore, in the event the Third Party's Appearance Bond is refused, de or ignored, the undersigned would use that refusal as a Dishonor to charge an Involuntary Bankruptcy petitio the Bankruptcy Court for closure and Discharge.

Respectfully Subi

*Colie L. Lo*

After Recording Return To:

                                                    ...URT OF THE
                                                    ... OF COLUMBIA
                                                    ...MENT BRANCH

                                                2008 APR 11 P 1:27

                                                    FILED

## AFFIDAVIT OF GOOD FAITH CONCERNING
## NOTICE
### DECLARATION & CERTIFICATE
### OF SOVEREIGN STATUS

This declaration Certifies that _Colie Levar Long_-El (Moorish American; Ancient Moabite), sui juris, is a born-free human male, a mortal man with sentient and mortal existence, being a Native-born sovereign American by Birthright and by Law, and do claim all absolute, unalienable, imprescriptable, Fundamental Rights, privileges, Immunities and Protections, as guaranteed, protected and secured by the original parent compact (organic), The Barbary Treaties of Morocco and the United States of America, dated 1787 , January 1; Signed by The Sultan of the Moroccan Empire, and representatives of the United States of America; Such as, Thomas Jefferson:  And Treaty of Peace and Friendship, of November 4, 1796, signed at Tripoli. These are International Treaties Lasting Perpetually, as thus are still in effect today, and was last modified March, 1999; The Constitution for The United States of America (1787), as amended (1791) by the Bill of Rights, Article I thru X, "The Declaration of Human Rights", §§ 1thru 32.

Further, it is  Certified herein that pursuant to the Foreign Sovereign Immunities Act of October 21st, 1976[H.H. 11315] Public Law 940583, 94th  Congress, 90 Statutes at Large § 1, R.S. 1999, Title 8 U.S.C. 1481 is still in force and effect today. See Briehl v. Dulles, 248 F.2d 561, 583 @ Fn. 21, among others.

Further, the aforementioned Sovereign American is Non-Incorporated, Statutorily Incapacitated, Statute Immune, Tax Immune, Tax-Exempt, EXEMPT from Levy and Claims Diplomatic Immunity and Sovereign Immunity, 'ab initio' from the sixteenth day of the ninth month of Our Sovereign Lord/Creator Allah, Jehovah, One Thousand Nine Hundred Sixty-Eight C.E. 'ad infinitum'.

This Sovereign Status is foreign to and not subject to/by the status of "Statute Staple", "Chattel Property", "Citizen", "Resident", "Subject", "Person", "Whoever", "Taxpayer", and/or any other titles under Statutes, Rules, Regulations, Policies, common usages of the Corporate United States, the Corporate United States of America, the corporate State of Washington, and/or any other Corporate Governmental body whatsoever, without valid contract.

Furthermore, this Sovereign American makes explicit reservation of all Rights pursuant to the Uniform Commercial Code (UCC) §1-207, without the United States as defined in State or Federal Statutes.

# FORMAL SOVEREIGN OATH
# OF RENUNCIATION

I _Colie Levar Long_-El, sui juris, Sovereign, Having first Hand Knowledge of the facts as the facts have been made to me, hereby and herein freely RENOUNCE all allegiance to the Foreign venue and Jurisdiction of and within the United States (Washington D.C.). I do freely give of this Formal Renunciation, being of Sound Mind and Body, and having with me the power of the Sovereign, by God/Allah/Jehovah Almighty to make of my own volition this oath by Formal Declaration.

In accord with the provisions set forth in Title 8 U.S.C. 1481, This Sovereign DECLARES that all OFFICERS, AGENTS, EMPLOYEES, ACTORS, or otherwise OFFICIALS of the United States, those being bound to obey the Laws and Statutes prescribed therein, are BOUND to take NOTICE of this FORMAL OATH OF RENUNCIATION. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYEES, and/or other OFFICIALS of the United States Government, Bound by the Laws Statutes, Acts, and Provisions of the same Constitution that require the aforementioned entities to uphold that constitution shall not Infringe upon, Ignore, Disregard, or otherwise find of no substance and /or standing, this formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States code Services, and the laws as they have been enumerated in the HOLY SCRIPTURES, I, _Colie Levar Long_-El, sui juris, do DECLARE that no man can infringe upon this Sovereigns Right to renounce allegiance to any  Foreign Government , Tyrannical Power, King, foreign Nation, or other Alien Dominion.

I, _Colie Levar Long_ El, sui juris, being born a free man upon the soil of the Americas do not intend to abrogate any Immunity or Personal Right and no thing herein shall be construed to do so. These Personal Rights are by and from JEHOVAH/ALLAH/GOD ALMIGHTY and any infringement upon these Rights of this Sovereign, sui juris shall be deemed a blatant disregard of those Entitled Rights to Life, Liberty, and harm from to life or limb.

I., _Colie Levar Long_ El, sui juris, herein, and herefrom, DECLARE that being a Free Man of JEHOVAH/ALLAH/GOD, am not nor will not give this Body, Mind, Spirit, nor Soul, to any Nation nor Law other than those that are for the peace and dignity of Self Preservation, Freedom, and the Rights to Liberty shall govern this Sovereign.

I _Colie Levar Long_ El, sui juris, do DELARE that the Laws of the Common Man, being of the Common Law, shall govern me, and those Laws that are equitable and of good faith shall govern me, and I do not recognize any other form of Politic other than that of the Republic which is for the People, and by the People, those being Sovereign, not Citizens of a Foreign Government (Washington, D.C.).

15

NOTICE

LET NOT THING IN THE FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNUCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING UNITED STATES CITIZENSHIP, UNDER THE 14th AMENDMENT, AND/OR AS 3/5th's OF A MAN AS DEFINED AND STATED IN THE U.S. CONSTITUTION, ARTICLE 1, SECTION 2.3; AND AS A "AFRICAN-AMERICAN", "NEGRO", "COLORED", "BLACK", OR AN "ETHIOPIAN" MALE.  AS THESE WERE/ARE,  NAMES GIVEN TO SLAVES BY SLAVE HOLDERS FROM 1779 TO 1865 TO THE PRESENT DAY. IN THIS NEW ERA & TIME, IT IS FIT TO PROCLAIM MY FREE NATIONALITY TO BE RECOGNIZED BY MY FREE NATIONAL NAME, BY THIS GOVERNMENT AND NATIONS OF THE EARTH.  FOR IT IS WELL KNOWN, THOSE WHO FAIL TO RECOGNIZE THEIR FREE NATIONAL NAME ARE CLASSED AS UNDESIRABLES, BEING SUBJECT TO ALL INFERIOR NAMES AND ABUSES AND MISTREATMENTS THAT THE CITIZENS CARE TO BESTOW UPON THEM. AS IT IS A SIN FOR ANY ONE/PEOPLE TO VIOLATE THEIR FREE NATIONALITY, AND CLING TO THE NAMES AND PRINCIPLES THAT DELUDE TO SLAVERY (See Supreme Ct. Ruling on Dred Scott, Opined by Chief Justice Roger Brooke Taney, 1857).

I, _Colie Levar Long_ El, the Undersigned Secured Party/Creditor, so aver that the above-mentioned is the Truth and Fact according to the Law, and is, to the best of my Knowledge and belief, True, Correct, Certain and not meant to mislead. This Declaration and Certificate is made under the Pains and Penalties of Perjury according to the Laws of JEHOVAH/ALLAH/GOD, **Divine Source and Founder of the Universe,** the United States of America and the City Of Washington, between the States of Virginia and Maryland.

### NOTICE TO PRINICIPAL IS NOTICE TO AGENT
### AND
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED AND SIGNED by me this, ____9th____ day of ___April___, 2008 C.E., in Washington City.

_Colie Levar Long_ El, sui juris
Moorish American, Ancient Moabite
Sovereign, Free - Man
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner

16

After Recording Return To:

## COMMERCIAL NOTICE OF TRADE NAME

I, _Colié Levar Long_ El, sui juris, whose proper given name is always spelled in upper and lower case letters; and who is a living, breathing soul, hereby DECLARES as Secured Party and Creditor, that a private Security Agreement exists between Creditor and fictitious DEBTOR under the Trade Names _COLIE L LONG_ : or any derivatives thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the UNITED STATES, WASHINGTON, D.C. (DISTRICT OF COLUMBIA).

## NOTICE

I, _Colié Levar Long_ El, sui juris, DENY USE of my Proprietary Names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel", nunc pro tunc ███████████████ C.E.. (Birth Date) ███████████
_C.L.L._

Any part or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ($1,800,000.00) on each count, the established penalty on each count of a trespass action.

## OATH

I , _Colié Levar Long_ El, sui juris, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according the Laws of JEHOVAH/ALLAH/GOD, the United States of America and the City of Washington.

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## AND
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED AND SIGNED by me this_____9th_____ day of_April___, 2008 C.E.,

_____
_Colie Levar Long_ El, sui juris
Moorish American; Secured Party/Creditor
Holder-In-Due-Course, Trade Name Owner

18

## JURAT/ACKNOWLEDGEMENT

SUBSCRIBED AND SWORN  before me this_____ day of _____2008 C.E.

My Comm. Exps. 3-1

_____
**Notary Public; My Commission Expires**

19

# CERTIFICATE OF NON-RESPONSE

### Acceptance and Agreement
## NOTARIAL PROTEST

**Re: Non-Response to AFFIDAVIT OF TRUTH**

Washington       )
               ) ss.
District of Columbia )

That I, _Jean Carol Farley_ a Notary Public and/or Third Party herein, Certify that an **AFFIDAVIT OF TRUTH** was sent by Colie Levar Long to Kaye K. Christian, Superior Court Judge for the District of Columbia via Certified Mail Return Receipt Number # 7007 1490 0003 2161 6230 on November 9th , 2007.

I certify that I have reviewed the original documents of the Secured Party, Colie Levar Long, and the mail receipt, green card(s) for the mailing and the above party's **AFFIDAVIT OF NOTICE OF DEFAULT** per the above document.

Per the above document as mailed, request was made that Respondent should send rebuttal Affidavit of Truth/Response to Third Party Notary Public as a witness to these proceedings for the sole purpose of certifying that a response was received by Affiant/Secured Party Colie Levar Long at my Address/Office.

Said response was requested within a specific time period. As of this <u>Date,</u> no response has been delivered to me, the designed receiver.

THEREFORE, I certify that Mrs. Kaye K. Christian refused or failed to respond to the above party's/**Affiant's Affidavit of Truth** within the time period stipulated, fail to <u>Cure the Fault</u> and presumption is made that Mrs. Kaye K. Christian is in Default and Dishonor and is in full acceptance and agreement to all matters expressed in Affiant's/Colie Levar Long's Affidavit of Truth in favor of Colie Levar Long, the Secure Party/Creditor.

Dated this 19th day of _February_ , 2008

**CERTIFICATE OF NON-RESPONSE**

## JURAT

EXECUTED TO AND SWORN THIS _19th_ DAY OF _February_ , 2008

_Jean Carol Farley_ (Seal)
Notary Public if and for said State

My Commission Expires _8 | 1 | 2009_

**CERTIFICATE OF NON-RESPONSE**

Certified Mail No. #7007 1490 0003 2161 6308

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Colie Levar Long_____       :
          petitioner

v.s.              :            Case No. F-2346-96_

Warden Simon T. Wainwright__ :

Judge Kaye K. Christian_____ :

UNITED STATES OF AMERICA, et. al.



### Habeas Corpus

      Now comes the petitioner/Third Party Intervenor Colie Levar Long, on behalf of the defendant COLIE L. LONG-ens legis, who pro se petition this Honorable court under D.C. code 16-1901(a) through 16-1908 to have this court respectively grant a hearing on the merits of this petition as the honor of the U.S. Constitution has been violated, and the rights of a certain class of people are being affected thereby which directly affects the Sovereign/Civil Rights of this petitioner. As the respondent(s) now hold the Proper Person as well as the corporate fiction COLIE L. LONG in it's custody, as all court documents shall reveal, this petition comes in good faith and in the Interest of Justice.

### Supporting Factors

      On January 26, 2007 the undersigned petitioner filed to the clerk of the Superior Court (via third party), a **Notice of Acceptance, Standing and Status; Request for Remedy**, whereby putting the court on notice that the petitioner is the Secured Party, Superior Claimant, Holder in Due Course, and principal creditor having a registered priority lien hold interest to all property held in the name of the Debtor; COLIE L. LONG, as evidenced by U.C.C.-1 Financing Statement #2006205062-1 filed with Secretary of State for the State of Michigan.[1]

      Therefore, by the court taking Judicial Notice to the abovementioned fact, and yet continuing in it's non-response to the petitioner's document(s) (Notice of Acceptance, U.C.C.-1 Financing Statement, etc.), the Honorable Judge Kaye K. Christian has fully acknowledged that she is a Malfeasant Public Official by neglecting her fiduciary duty to honor the petitioner's Banker's Acceptance (per House Joint Resolution-192 of June 5, 1933, currently codified as Title 31 USC 5118 (d) (2)), which is relevant due in part to the fact that Virtually all crimes are commercial crimes per CFR part 72.11. Whereas petitioner has the right and legal

---

[1] See Exhibit 1

1

standing to discharge any and all commercial liability (fine(s) and/or prison term(s)) incurred by an infraction of any D.C. code or statutes, under any color of law or pretense whatsoever.

Furthermore, due to Judge Kaye K. Christian's non-response she has fully and indubitably agreed, by silent acquiescence, to the fact she is guilty of violating the following accounting and bank procedures (which include but not limited to): Breach of Fiduciary Duty (U.C.C. 3-307), Obligation of Drawer (U.C.C. 3-414), Presentment of Tender Offer (3-501) Dishonor of Presentment (3-602), Responsibility of Collection of Presentment (U.C.C. 4-202), and Failure of Ordinary Care of Presentment (U.C.C. 4-214 (d) (2)).

## Relief Sought

This petition comes in good faith and in the Interest of Justice, and respectfully request a hearing on the merits that the abovementioned case No. F-2346-96 be dismissed and stricken from all public records and that the Order of Release be issued for Colie Levar, Long/Creditor, releasing the flesh and body of the Living Principal from the custody of the Department of Correction, Bureau of Prisons, and Attorney General for the UNITED STATES OF AMERICA (which is a corporation created by an act of the 41st Congress, Session III Ch. and 62-1872).

Respectfully Submitted

*Colie Levar Long*

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Court of the
District of Columbia
Special Proceeding Branch
500 Indiana Ave. N.W.
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

3-30?

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)       7007 1490 0003 2161 6308

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-15

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F-1334
08-1334
JDB

## I (a) PLAINTIFFS

Colie Levar Long-EL©

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE 1R            11061

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 269-265

## DEFENDANTS

Kaye K. Christian, Mayor Adrian Fenty, Peter J. Nichols
Simon T. WainWright

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TR

Case: 1:08-cv-01334
Assigned To : Bates, John D.
Assign. Date : 8/1/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

□ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | ☒ | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | ☒ 6 | □ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### □ A. Antitrust

□ 410 Antitrust

### □ B. Personal Injury/ Malpractice

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

### □ C. Administrative Agency Review

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

### □ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## □ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
☒ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871  IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460  Deportation
□ 470  Racketeer Influenced & Corrupt Organizations
□ 480  Consumer Credit
□ 490  Cable/Satellite TV
□ 810  Selective Service
□ 850  Securities/Commodities/ Exchange
□ 875  Customer Challenge 12 USC 3410
□ 900  Appeal of fee determination under equal access to Justice
□ 950  Constitutionality of State Statutes
□ 890  Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

[4]

| □ G. *Habeas Corpus/ 2255* <br> □ 530 Habeas Corpus-General <br> □ 510 Motion/Vacate Sentence | □ H. *Employment Discrimination* <br> □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | □ I. *FOIA/PRIVACY ACT* <br> □ 895 Freedom of Information Act <br> □ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | □ J. *Student Loan* <br> □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| □ K. *Labor/ERISA (non-employment)* <br> □ 710 Fair Labor Standards Act <br> □ 720 Labor/Mgmt. Relations <br> □ 730 Labor/Mgmt. Reporting & Disclosure Act <br> □ 740 Labor Railway Act <br> □ 790 Other Labor Litigation <br> □ 791 Empl. Ret. Inc. Security Act | □ L. *Other Civil Rights (non-employment)* <br> □ 441 Voting (if not Voting Rights Act) <br> □ 443 Housing/Accommodations <br> □ 444 Welfare <br> □ 440 Other Civil Rights <br> □ 445 American w/Disabilities-Employment <br> □ 446 Americans w/Disabilities-Other | □ M. *Contract* <br> □ 110 Insurance <br> □ 120 Marine <br> □ 130 Miller Act <br> □ 140 Negotiable Instrument <br> □ 150 Recovery of Overpayment & Enforcement of Judgment <br> □ 153 Recovery of Overpayment of Veteran's Benefits <br> □ 160 Stockholder's Suits <br> □ 190 Other Contracts <br> □ 195 Contract Product Liability <br> □ 196 Franchise | □ N. *Three-Judge Court* <br> □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**I. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 U.S.C.A Sec. 1361 ; Plaintiff has contract dispute with Defendant

**II. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23    **DEMAND $** _____    Check YES only if demanded in complaint
**JURY DEMAND:** □ YES  ☑ NO

**III. RELATED CASE(S) IF ANY**    (See instruction)    □ YES  ☑ NO    If yes, please complete related case form.

DATE 8-1-08    SIGNATURE OF ATTORNEY OF RECORD    *Calvin Leur Long-EL ©*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by v, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of urt for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

rma\js-44.wpd

RECEIVED
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT
AUG - 1 2008