AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLIE LEVAR LONG-EL

**SUMMONS IN A CIVIL CASE**

V.

MAYOR ADRIAN FENTY
ATTORNEY GENERAL PETER J. NICHOLS (ACTING)
JUDGE KAYE K. CHRISTIAN
WARDEN SIMON T. WAINWRIGHT   CASE NUM.

Case: 1:08-cv-01334
Assigned To : Bates, John D.
Assign. Date : 8/1/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)
Attorney General Peter J. Nichols (Acting)
Office of the Attorney General
One Judiciary Square
441 4th Street, N.W., Suite 1060N
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  (name and address)

Colie Levar Long-EL
1901 D Street, S.E.
Washington, D.C. 20003
DCDC # 269-265

an answer to the complaint which is served on you with this summons within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          AUG - 1 2008
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-12-08 |
| NAME OF SERVER (PRINT) PEARL HAIRSTON | TITLE Process Server/Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Darlene Fields, Reg Appent OAG, Staff Asst.

☐ Returned unexecuted: _____

☒ Other (specify): Ms Darleen Fields Staff Asst for ofc of Atty General to recieve legal papers.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 August 2008
         Date         Signature of Server

2924 Mills Ave, NE, WDC, 20018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.