AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLIE LEVAR LONG-EL

**SUMMONS IN A CIVIL CASE**

V.

MAYOR ADRIAN FENTY
ATTORNEY GENERAL PETER J. NICHOLS (ACTING)
JUDGE KAYE K. CHRISTIAN
WARDEN SIMON T. WAINWRIGHT    CASE NUMBER:

Case: 1:08-cv-01334
Assigned To : Bates, John D.
Assign. Date : 8/1/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Warden Simon T. Wainwright
District of Columbia
Central Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S  PRO SE  (name and address)

Colie Levar Long-EL
1901 D Street, S.E.
Washington, D.C. 20003
DCDC # 269-265

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

AUG - 1 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 12 August 2008 |
| NAME OF SERVER (PRINT) Pearl Hairston | TITLE Process Ser./Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Michelyn Murphy, Litigation Coordinator

☐ Returned unexecuted: _____

☒ Other (specify): 1901 D St SE, WDC, Place of Bus. Place of Employment,

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 Aug 08
             Date         Signature of Server

             2924 Mills Ave NE, WDC 20018
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Nancy M. Mayer
Clerk