AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLIE LEVAR LONG-EL

**SUMMONS IN A CIVIL CASE**

V.

MAYOR ADRIAN FENTY
ATTORNEY GENERAL PETER J. NICHOLS (ACTING)
JUDGE KAYE K. CHRISTIAN
WARDEN SIMON T. WAINWRIGHT    CASE NU

Case: 1:08-cv-01334
Assigned To : Bates, John D.
Assign. Date : 8/1/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Judge Kaye K. Christian
Superior Court of the
District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE ~~~~~~ (name and address)

Colie Levar Long-EL
1901 D Street, S.E.
Washington, D.C. 20003
DCDC # 269-265

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          AUG - 1 2008
CLERK                                    DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/12/08 |
| NAME OF SERVER (PRINT) Pearl Hairston | TITLE Proc Serv/Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Place of Employment
500 Indiana Ave. NW.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Evelyn V. Wages
Evelyn V. Wages

☐ Returned unexecuted: _____

☒ Other (specify): Judicial Admin't Asst DC Superior Court for Judge Canupe E. Christian office.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 Aug 08          Pearl Hairston
             Date              Signature of Server

2929 Mills Ave NE
Wash, DC 20018
Address of Server

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.