UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLIE LEVAR LONG-EL, | ) |
| Plaintiff, | ) C.A. No. 08-1334 (JDB) |
| v. | ) |
| MAYOR ADRIAN FENTY, *et al.*, | ) |
| Defendants. | ) |

**MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants Mayor Adrian Fenty, Acting Attorney General Peter J. Nickles, Judge Kaye K. Christian, and Warden Simon T. Wainwright ("Defendants"), by and through their undersigned counsel, respectfully request that the Court grant them an additional ten (10) days to respond to Plaintiff's Complaint.

1. Undersigned counsel was recently assigned this case. It appears that service of process was attempted on the various Defendants on or about August 12, 2008, therefore responsive pleadings are due on September 2, 2008.

2. Plaintiff is an incarcerated inmate serving a life sentence who, on information and belief, was being housed on a temporary basis in the District of Columbia through a writ issued by the Office of the United States Attorney. It appears that an order to return Plaintiff to his place of incarceration with the federal Bureau of Prisons was issued, and undersigned counsel is currently attempting to ascertain whether Plaintiff remains in the jurisdiction. If viewed as a habeas petition, Plaintiff's status as an inmate of the District of Columbia is directly relevant to the question of whether the

District and its agents are Plaintiff's "custodian." Because of this outstanding issue, and due to the holiday and the press of other litigation, Defendants request an additional ten (10) days, up to and including September 12, 2008, to file a responsive pleading to the Complaint.

3. Defendants submit that their brief request for additional time will not prejudice any party.

4. Pursuant to LCvR 7(m), undersigned counsel was not able to ascertain Plaintiff's position on this Motion as Plaintiff is currently incarcerated.

Thus, Defendants respectfully request that the Court grant them an extension of time, up to and including September 12, 2008, to file a responsive pleading.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    __/s/  Samuel C. Kaplan_____
    SAMUEL C. KAPLAN (463350)
    Assistant Deputy Attorney General

    ____/s/  Shana L. Frost_____
    SHANA L. FROST (458021)
    Assistant Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    (202) 724-6534
    Fax:  (202) 727-3625
    shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLIE LEVAR LONG-EL,              ) | |
|                                                        ) | |
|             Plaintiff,                          ) | C.A. No. 08-1334 (JDB) |
|                                                        ) | |
|     v.                                              ) | |
|                                                        ) | |
| MAYOR ADRIAN FENTY, *et al.*,  ) | |
|                                                        ) | |
|             Defendants.                     ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 4.

2. Fed. R. Civ. P. 6(b).

3. Fed. R. Civ. P. 12.

4. The interests of justice and the inherent power of this Court.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South

Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLIE LEVAR LONG-EL, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 08-1334 (JDB) |
| ) | |
| v. ) | |
| ) | |
| MAYOR ADRIAN FENTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Defendants' Motion for an Extension of Time to File a Response to Plaintiff's Complaint. Upon consideration of the District of Columbia's Motion, it is this _____ day of _____, 2008:

**ORDERED** that the Motion is **granted**; and it is

**FURTHER ORDERED** that Defendants shall have up to and including September 12, 2008 to file a response to Plaintiff's Complaint

_____
Hon. John D. Bates
United States District Judge