UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<u>Colie Levar Long-EL©</u>   :
        Petitioner   :
1901 D ST. S.E.   :
Washington, D.C. 20003   :
DCDC # 269-265   :
    v.s.   :
       :
Mayor Adrian Fenty   :
Executive Office of the Mayer   :
1350 Pennsylvania Avenue, N.W.   :
Suite 316   :
Washington, D.C. 20004   :
       :   Civil Action No. 08-1334
Attorney General Peter J. Nichols   :   JDB
Office of the Attorney General   :
One Judiciary Square   :
441 4th Street, N.W.   :
Suite 106ON   :
Washington, D.C. 20001   :
       :
<u>Judge Kaye K. Christian</u>   :
SUPERIOR COURT OF THE   :
DISTRICT OF COLUMBIA   :
500 INDIANA AVE. N.W.   :
WASHINGTON, D.C. 20001   :
       :
<u>Warden Simon T. Wainwright</u>   :
DISTRICT OF COLUMBIA   :
CENTRAL DETENTION FACILITY   :
1901 D ST. S.E.   :
WASHINGTON, D.C. 20003   :

# Notice of Change of Address

This is a Notice to the Clerk's Office and all defendants in the Civil Action No. 08-1334(JDB) that the Plaintiff, Colie Levar Long-El© has been moved to :

**RECEIVED**

SEP 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

USP LEE COUNTY
P.O. BOX 305
JONESVILLE, VA 24263

Plaintiff therefore request that all parties in the abovementioned matter please forward any and all correspondence to the new address.

Respectfully Submitted,

*Colie Levar Long-EL UCC 3-402*

Colie Levar Long-EL©
#09041-007
USP LEE COUNTY
P.O. BOX 305
Jonesville, VA 24263

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON  9-2-08 , a copy of my Notice of Change of Address was mailed to all defendants at the following addresses:

**Colie Levar Long-EL©**
           Petitioner
1901 D ST. S.E.
Washington, D.C. 20003
DCDC # 269-265
       v.s.

**Mayor Adrian Fenty**
**Executive Office of the Mayer**
1350 Pennsylvania Avenue, N.W.
Suite 316
Washington, D.C. 20004

**Attorney General Peter J. Nichols**
**Office of the Attorney General**
**One Judiciary Square**
441 4th Street, N.W.
Suite 106ON
Washington, D.C. 20001

2

**Judge Kaye K. Christian**
SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
500 INDIANA AVE. N.W.
WASHINGTON, D.C. 20001

**Warden Simon T. Wainwright**
DISTRICT OF COLUMBIA
CENTRAL DETENTION FACILITY
1901 D ST. S.E.
WASHINGTON, D.C. 20003

Respt.
*Colie Levar Long-El* UCC-3-402
Colie Levar Long
USP Lee County
P.O. Box 305
Jonesville, VA 24263